EXHIBIT – 2

## NOTICE TO PLAINTIFF

A Case Management Conference is set for

| | |
|---|---|
| **DATE:** | **NOV-22-2006** |
| **TIME:** | **9:00AM** |
| **PLACE:** | **Department 212** |
| | **400 McAllister Street** |
| | **San Francisco, CA 94102-3680** |

All parties must appear and comply with Local Rule 3.

> CRC 212 (g)(1) requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference.
>
> However, it would facilitate the issuance of a case management order **without an appearance** at the case management conference if the case management statement is filed, served and lodged in Department 212 twenty-five (25) days before the case management

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint. Proof of service subsequently filed with this court shall so state.

### ALTERNATIVE DISPUTE RESOLUTION POLICY REQUIREMENTS

> **IT IS THE POLICY OF THE SUPERIOR COURT THAT EVERY CIVIL CASE PARTICIPATE IN EITHER MEDIATION, JUDICIAL OR NON-JUDICIAL ARBITRATION, THE EARLY SETTLEMENT PROGRAM OR SOME SUITABLE FORM OF ALTERNATIVE DISPUTE RESOLUTION PRIOR TO A MANDATORY SETTLEMENT CONFERENCE OR TRIAL.**
> (SEE LOCAL RULE 3)

Plaintiff must serve a copy of the Alternative Dispute Resolution Information Package on each defendant along with the complaint. All counsel must discuss ADR with clients and opposing counsel and provide clients with a copy of the Alternative Dispute Resolution Information Package prior to filing the Case Management Statement.

**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

Superior Court Alternative Dispute Resolution Coordinator
400 McAllister Street, Room 103
San Francisco, CA 94102
(415) 551-3876

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Shahab E. Fotouhi - 168301 / Daniel P. Iannitelli - 203388<br>FOTOUHI • EPPS • HILLGER • GILROY LLP<br>160 Pine Street, Suite 710, San Francisco, CA 94111<br>TELEPHONE NO.:415.362.9300          FAX NO. *(Optional)*: 415.358.5521<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco |
|---|
| STREET ADDRESS: 400 McAllister Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Francisco, CA 94102 |
| BRANCH NAME: |

PLAINTIFF/PETITIONER: MICHAEL CAVA

DEFENDANT/RESPONDENT: NETVERSANT-NATIONAL, INC., et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>CGC 06-453469 |
|---|---|

TO *(insert name of party being served)*: PETER WAINWRIGHT, an individual

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:  July 11, 2006

Daniel P. Iannitelli
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. [✓]  A copy of the summons and of the complaint.
2. [✓]  Other *(specify)*:
   Notice of Case Management Conference; ADR Package

*(To be completed by recipient)*:

Date this form is signed:

July 25, 2006
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.JuriSearch.com

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Shahab E. Fotouhi - 168301 / Daniel P. Iannitelli - 203388<br>FOTOUHI • EPPS • HILLGER • GILROY LLP<br>160 Pine Street, Suite 710, San Francisco, CA  94111<br><br>TELEPHONE NO.: 415.362.9300     FAX NO. *(Optional)*: 415.358.5521<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco |
|---|
| STREET ADDRESS: 400 McAllister Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Francisco, CA  94102 |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: MICHAEL CAVA |
|---|
| DEFENDANT/RESPONDENT: NETVERSANT-NATIONAL, INC., et al. |

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>CGC 06-453469 |
|---|---|

TO *(insert name of party being served)*: PETER WAINWRIGHT, an individual

---

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:  July 11, 2006

Daniel P. Iannitelli
_____        ▶ _____
(TYPE OR PRINT NAME)                      (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. [✓]  A copy of the summons and of the complaint.
2. [✓]  Other *(specify)*:
      Notice of Case Management Conference; ADR Package

*(To be completed by recipient):*

Date this form is signed:

7/25/06
_____        ▶ _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,      (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                   ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PARTY OR ENTITY)

---

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005]     **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**     Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.JuriSearch.com

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Shahab E. Fotouhi - 168301 / Daniel P. Iannitelli - 203388 <br> FOTOUHI • EPPS • HILLGER • GILROY LLP <br> 160 Pine Street, Suite 710, San Francisco, CA 94111 <br> TELEPHONE NO.: 415.362.9300    FAX NO. *(Optional)*: 415.358.5521 <br> E-MAIL ADDRESS *(Optional):* <br> ATTORNEY FOR *(Name):* Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco |
|---|
| STREET ADDRESS: 400 McAllister Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Francisco, CA 94102 |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: MICHAEL CAVA |
|---|
| DEFENDANT/RESPONDENT: NETVERSANT-NATIONAL, INC., et al. |

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER: <br> CGC 06-453469 |
|---|---|

TO *(insert name of party being served):* NETVERSANT - NATIONAL, INC., a Delaware corporation, dba NETVERSANT - SAN FRANCISCO, aka NETVERSANT

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 11, 2006

Daniel P. Iannitelli

(TYPE OR PRINT NAME)    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. ☑ A copy of the summons and of the complaint.
2. ☑ Other *(specify):*
   Notice of Case Management Conference; ADR Package

*(To be completed by recipient):*

Date this form is signed:

(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)    (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Code of Civil Procedure, <br> §§ 415.30, 417.10 <br> www.JuriSearch.com |
|---|---|---|

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Shahab E. Fotouhi - 168301 / Daniel P. Iannitelli - 203388<br>FOTOUHI • EPPS • HILLGER • GILROY LLP<br>160 Pine Street, Suite 710, San Francisco, CA 94111<br>TELEPHONE NO.:415.362.9300     FAX NO. (Optional): 415.358.5521<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco |
|---|
| STREET ADDRESS: 400 McAllister Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Francisco, CA 94102 |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: MICHAEL CAVA |
|---|
| DEFENDANT/RESPONDENT: NETVERSANT-NATIONAL, INC., et al. |

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>CGC 06-453469 |
|---|---|

NETVERSANT - NATIONAL, INC., a Delaware corporation,
TO (insert name of party being served): dba NETVERSANT - SAN FRANCISCO, aka NETVERSANT

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:   July 11, 2006

Daniel P. Iannitelli

_____     ►_____
(TYPE OR PRINT NAME)                          (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):
   Notice of Case Management Conference; ADR Package

(To be completed by recipient):

Date this form is signed:

_July 25, 2006_____     ►_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,     (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                   ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.JuriSearch.com |
|---|---|---|

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Shahab E. Fotouhi - 168301 / Daniel P. Iannitelli - 203388 <br> FOTOUHI • EPPS • HILLGER • GILROY LLP <br> 160 Pine Street, Suite 710, San Francisco, CA 94111 <br> TELEPHONE NO.: 415.362.9300     FAX NO. *(Optional)*: 415.358.5521 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: MICHAEL CAVA

DEFENDANT/RESPONDENT: NETVERSANT-NATIONAL, INC., et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER: <br> CGC 06-453469 |
|---|---|

NETVERSANT - NATIONAL, INC., a Delaware corporation,
TO *(insert name of party being served)*:  dba NETVERSANT - SAN FRANCISCO, aka NETVERSANT

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:  July 11, 2006

Daniel P. Iannitelli

_____
(TYPE OR PRINT NAME)

►  _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. [✓]  A copy of the summons and of the complaint.
2. [✓]  Other *(specify)*:
     Notice of Case Management Conference; ADR Package

*(To be completed by recipient):*

Date this form is signed:

7/25/06

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

►  _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

| | | |
|---|---|---|
| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Page 1 of 1 <br> Code of Civil Procedure, <br> §§ 415.30, 417.10 <br> www.JuriSearch.com |

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Shahab E. Fotouhi - 168301 / Daniel P. Iannitelli - 203388<br>FOTOUHI • EPPS • HILLGER • GILROY LLP<br>160 Pine Street, Suite 710, San Francisco, CA 94111<br>　TELEPHONE NO.: 415.362.9300　　　FAX NO. *(Optional):* 415.358.5521<br>E-MAIL ADDRESS *(Optional):*<br>　ATTORNEY FOR *(Name):* Plaintiff | |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>　STREET ADDRESS: 400 McAllister Street<br>　MAILING ADDRESS:<br>　CITY AND ZIP CODE: San Francisco, CA 94102<br>　BRANCH NAME: | |

PLAINTIFF/PETITIONER: MICHAEL CAVA

DEFENDANT/RESPONDENT: NETVERSANT-NATIONAL, INC., et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>CGC 06-453469 |
|---|---|

TO *(insert name of party being served):* PETER WAINWRIGHT, an individual

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 11, 2006

Daniel P. Iannitelli
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify):*
　　Notice of Case Management Conference; ADR Package

*(To be completed by recipient):*

Date this form is signed:

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.JuriSearch.com |
|---|---|---|

# EXHIBIT – 3

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY.                      TELEPHONE NO.:(408) 998-4150<br>Michelle B. Heverly, CSB 178660<br>Michael W. Warren, CSB 223642<br>Littler Mendelson<br>A Professional Corporation<br>50 West San Fernando St., 14th Floor<br>San Jose, CA 95113<br>ATTORNEY FOR *(Name)*: Defendants NetVersant – National, Inc., and Peter Wainwright | *FOR COURT USE ONLY*<br><br>**ENDORSED**<br>**F I L E D**<br>*San Francisco County Superior Court*<br><br>**AUG 2 4 2006**<br><br>**GORDON PARK-LI, Clerk**<br>BY ——————————<br>WESLEY RAMIREZ<br>Deputy Clerk |

Insert name of court, name of judicial district, and branch court, if any:
San Francisco County Superior Court

PLAINTIFF:   Michael Cava

DEFENDANT:   Defendants NetVersant – National, Inc., and Peter Wainwright

| **GENERAL DENIAL** | CASE NUMBER:<br>CGC-06-453469 |
|---|---|

You MUST use this form for your general denial if the amount asked for in the complaint or the value of the property involved is $1,000 or less.

You MAY use this form if:

1.  The complaint is not verified, OR
2.  The complaint is verified, and the action is subject to the economic litigation procedures of the municipal and justice courts, EXCEPT

You MAY NOT use this form if the complaint is verified and involves a claim for more than $1,000 that has been assigned to a third party for collection.

(See Code of Civil Procedure sections 90-100, 431.30, and 431.40.)

1.  DEFENDANT(S) *(Name):* Defendants NetVersant – National, Inc., and Peter Wainwright, generally deny each and every allegation of plaintiff's complaint.

2.  ☒ DEFENDANT(S) states the following FACTS as separate affirmative defenses to plaintiff's complaint *(attach additional pages if necessary):*

PLEASE SEE ATTACHED

Date:   August 24, 2006

MICHELLE B. HEVERLY
(TYPE OR PRINT NAME)                              (SIGNATURE OF DEFENDANT OR ATTORNEY)

**BY FAX**

If you have a claim for damages or other relief against the plaintiff, the law may require you to state your claim in a special pleading called a cross-complaint or you may lose your claim. (See Code of Civil Procedure sections 426.10-426.40.)

The original of this General Denial must be filed with the clerk of this court with proof that a copy was served on each plaintiff's attorney and on each plaintiff not represented by an attorney. *(See the other side for a proof of service.)*

Form Adopted by Rule 982<br>Judicial Council of California<br>982(a)(13) (Rev. 1/1/87)                              **GENERAL DENIAL**                              CCP 431.30, 431.40

ATTORNEY OR PARTY WITHOUT ATTORNEY:    TELEPHONE NO.:(408) 998-4150    FOR COURT USE ONLY
Michelle B. Heverly, CSB 178660
Michael W. Warren, CSB 223642
Littler Mendelson
A Professional Corporation
50 West San Fernando St., 14th Floor
San Jose, CA 95113
ATTORNEY FOR (Name): Defendants NetVersant – National, Inc., and Peter Wainwright

Insert name of court, name of judicial district, and branch court, if any:
San Francisco County Superior Court

PLAINTIFF:   Michael Cava

DEFENDANT:   Defendants NetVersant – National, Inc., and Peter Wainwright

| GENERAL DENIAL | CASE NUMBER: CGC-06-453469 |
|---|---|

You MUST use this form for your general denial if the amount asked for in the complaint or the value of the property involved is $1,000 or less.

You MAY use this form if:

1. The complaint is not verified, OR
2. The complaint is verified, and the action is subject to the economic litigation procedures of the municipal and justice courts, EXCEPT

You MAY NOT use this form if the complaint is verified and involves a claim for more than $1,000 that has been assigned to a third party for collection.

(See Code of Civil Procedure sections 90-100, 431.30, and 431.40.)

1. DEFENDANT(S) (Name): Defendants NetVersant – National, Inc., and Peter Wainwright, generally deny each and every allegation of plaintiff's complaint.

2. ☒ DEFENDANT(S) states the following FACTS as separate affirmative defenses to plaintiff's complaint (attach additional pages if necessary):

PLEASE SEE ATTACHED

Date:   August 24, 2006

MICHELLE B. HEVERLY
(TYPE OR PRINT NAME)                                    (SIGNATURE OF DEFENDANT OR ATTORNEY)

If you have a claim for damages or other relief against the plaintiff, the law may require you to state your claim in a special pleading called a cross-complaint or you may lose your claim. (See Code of Civil Procedure sections 426.10-426.40.)

The original of this General Denial must be filed with the clerk of this court with proof that a copy was served on each plaintiff's attorney and on each plaintiff not represented by an attorney. (See the other side for a proof of service.)

Form Adopted by Rule 982
Judicial Council of California
982(a)(13) (Rev. 1/1/87)

**GENERAL DENIAL**

CCP 431.30, 431.40

1

## MICHAEL CAVA v. NETVERSANT – NATIONAL, INC., et al.

2

### San Francisco County Superior Court

3

### Case No. CGC-06-453469

4

### AFFIRMATIVE DEFENSES

5   AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH

6   AND EVERY CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants

7   NetVersant – National, Inc., and Peter Wainwright (hereinafter "Defendants"), allege:

8   That Plaintiff's Complaint fails to allege facts sufficient to constitute any cause of

9   action or to set forth a claim upon which relief can be granted.

10   AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO

11   EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

12   That Plaintiff's Complaint and each of its causes of action are barred because, at all

13   relevant times, Plaintiff was an at-will employee, subject to termination, with or without cause, and

14   with or without notice.

15   AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH

16   CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

17   That Plaintiff did not reasonably rely upon any promises or statements allegedly made

18   by Defendants.

19   AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

20   EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

21   That Plaintiff did not substantially change his position to his detriment in reliance

22   upon any promises allegedly made to Plaintiff by Defendants.

23   AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH

24   CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

25   That Defendants' alleged representations were not knowingly false when made.

26   AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH

27   CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

28   That the contract alleged in Plaintiff's Complaint fails for lack of consideration.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 WEST SAN FERNANDO ST.
14TH FLOOR
SAN JOSE, CA 95113 2303
408.998.4150

Defendants' Affirmative Defenses

Case No. CGC-06-453469

1           AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

2 EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

3           That the contract alleged in Plaintiff's Complaint fails for lack of mutual assent.

4           AS AND FOR AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

5 EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

6           That Plaintiff is barred in equity from recovering on his Complaint, or on any claim

7 contained therein, under the doctrine of unclean hands.

8           AS AND FOR A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH

9 CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

10           That to the extent during the course of this litigation Defendants acquire any evidence

11 of wrongdoing by Plaintiff and the wrongdoing would have materially affected the terms and

12 conditions of Plaintiff's employment or would have resulted in Plaintiff either being demoted,

13 disciplined, or terminated, such after-acquired evidence shall bar Plaintiff's claim on liability or

14 damages or shall reduce such claim or damages as provided by law.

15           AS AND FOR A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

16 EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

17           That based on information and belief that the Complaint and each cause of action

18 alleged therein are barred by the applicable statues of limitations, including but not limited to,

19 California Code of Civil Procedure sections 335.1, 337, 338, 339, and California Government Code

20 sections 12960 and 12965.

21           AS AND FOR AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

22 EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

23           That Plaintiff's Complaint and each of its causes of action are barred because all acts

24 of Defendants affecting the terms and conditions of Plaintiff's employment were made without

25 malice, in good faith and motivated by legitimate, non-retaliatory, non-discriminatory reasons and/or

26 as a result of business necessity.

27           AS AND FOR A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

28 EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 WEST SAN FERNANDO ST.
14TH FLOOR
SAN JOSE, CA 95113.2303
408.998.4150

Defendants' Affirmative Defenses     2.     Case No. CGC-06-453469

1    That Plaintiff has failed to timely exhaust his administrative remedies with the

2    Department of Fair Employment and Housing, or other administrative agencies, the exhaustion of

3    which is a condition precedent to the maintenance of this action.

4    AS AND FOR A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE

5    TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

6    That at all times relevant, Defendants promulgated an anti-discrimination and anti-

7    harassment policy and complaint procedure which were communicated to Plaintiff, and Defendants

8    exercised reasonable care to prevent and correct promptly any inappropriate conduct.  Plaintiff

9    unreasonably failed to take advantage of the established complaint procedures, failed to take

10   advantage of other preventative or corrective opportunities provided by Defendants and otherwise

11   filed to avoid harm.

12   AS AND FOR A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE

13   TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

14   That Plaintiff is barred from recovering on the Complaint because each and every act

15   done or statement made by Defendants with regard to, or in any way related to, Plaintiff was

16   privileged as a good faith assertion of Defendants' legal rights.

17   AS AND FOR A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

18   EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

19   That Plaintiff consented to each of the allegedly wrongful acts he claims that

20   Defendants took against him.

21   AS AND FOR A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

22   EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

23   That all damages Plaintiff has suffered or will suffer are wholly or in part the result of

24   his own actions, or the actions of other parties, not the answering Defendants.

25   AS AND FOR A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE

26   TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

27   That Plaintiff is estopped by reason of his conduct, acts, or omissions, from

28   recovering against Defendants on any purported claims for relief contained in the Complaint.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 WEST SAN FERNANDO ST.
14TH FLOOR
SAN JOSE, CA 95113.2303
408.998.4150

Defendants' Affirmative Defenses                    3.                    Case No. CGC-06-453469

1    AS AND FOR AN EIGHTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE

2    TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

3    That Plaintiff could have, through diligence, found other employment and taken other

4    action which would have mitigated his damages, and he had an affirmative duty to do so, which was

5    breached by his failure to find other employment and take other action upon the cessation of his

6    employment with Defendant NetVersant.

7    AS AND FOR A NINETEENTH, SEPARATE AND AFFIRMATIVE DEFENSE

8    TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

9    That Plaintiff's Complaint fails to state a claim upon which either attorneys' fees or

10   exemplary damages may be awarded.

11   AS AND FOR A TWENTIETH, SEPARATE AND AFFIRMATIVE DEFENSE TO

12   EACH CAUSE OF ACTION SET FORTH PLAINTIFF'S COMPLAINT, Defendants allege:

13   That the Court's jurisdiction over the subject matter of the cause of action is

14   preempted by the exclusive remedy provisions of the California Workers' Compensation Act,

15   California Labor Code section 3200, *et seq.*, because Plaintiff's alleged injuries arose as a result of his

16   alleged employment with Defendants.

17   AS AND FOR A TWENTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE

18   TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

19   Any award of exemplary damages as sought by Plaintiff would violate the due

20   process and excessive fine clauses of the Fifth, Eighth and Fourteenth Amendments of the United

21   States Constitution, as well as the Constitution of the State of California.

22   Defendants have not yet completed a thorough investigation and study or completed

23   discovery of all facts and circumstances of the subject matter of Plaintiff's Complaint, and

24   accordingly, reserves its right to amend, modify, revise or supplement its Answer, and to plead such

25   further defenses and take such further actions as they may deem proper and necessary in its defense

26   upon the completion of said investigation and study.

27   WHEREFORE, Defendants pray judgment against Plaintiff as follows:

28   1.    For an order dismissing Plaintiff's claims with prejudice, and entering

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 WEST SAN FERNANDO ST.
14TH FLOOR
SAN JOSE, CA 95113.2303
408.998.4150

Defendants' Affirmative Defenses                                4.                                Case No. CGC-06-453469

1    judgment in favor of Defendants and against Plaintiff;

2         2.    For all reasonable costs and attorneys' fees incurred by Defendants in

3    connection with the defense of this matter; and

4         3.    For such other and further relief as the Court in the exercise of its discretion

5    deems just and proper.

6    Dated: August 24, 2006          LITTLER MENDELSON

7                                    By: _Michl Hul_

8                                    MICHELLE B. HEVERLY
                                     Attorney for Defendants
9                                    NETVERSANT – NATIONAL, INC., AND
                                     PETER WAINWRIGHT

10   Firmwide:81390123.1 037665.1017

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 WEST SAN FERNANDO ST.
14TH FLOOR
SAN JOSE, CA 95113.2303
408.998.4150

Defendants' Affirmative Defenses          5.          Case No. CGC-06-453469

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113.2303. On August 24, 2006, I served the within document(s):

GENERAL DENIAL AND AFFIRMATIVE DEFENSES

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 408.288.5686. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Jose, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Shahab E. Fotouhi
Daniel P. Iannitelli
Fotouhi, Epps, Hillger & Gilroy LLP
160 Pine Street, Suite 710
San Francisco, CA 94111
(Attorneys for Plaintiff)

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 24, 2006, at San Jose, California.

Elizabeth E. Bond

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

Firmwide:81423396.1 037665.1017

PROOF OF SERVICE

# Confirmation Report — Memory Send

Page        : 001
Date & Time: 08-24-06   11:25am
Line 1      : 408 920 9753
Line 2      :
Machine ID : LITTLER MENDELSON

| | | |
|---|---|---|
| Job number | : | 508 |
| Date | : | 08-24  11:20am |
| To | : ☎2#022#14154379684 |
| Number of pages | : | 008 |
| Start time | : | 08-24  11:20am |
| End time | : | 08-24  11:25am |
| Pages sent | : | 008 |
| Status | : | OK |

Job number      : 508          **\*\*\* SEND SUCCESSFUL \*\*\***

*FAX — 415-437-9687*

## ONE LEGAL
www.onelegal.com
support@onelegal.com



### COURT WORK ORDER

LITTLER & MENDELSON (SJ)                     CUST No.
                                              13286

Date: 8-24-06                TEL: (408) 998-4150            EXT. ☐
Atty: Michelle Heverly       FAX: (408) 288-5686
Contact
Liz Bond or Michael Warren    Client File No.  037665.1017
Case Short Title
Michael Cara         v   NetVersant—National, Inc, et al.
Case No.                      County/Court
CGC-06-453469         San Francisco County Superior Ct.
Court: ☒UNLIMITED ☐ LIMITED ☐ US DISTRICT ☐ US BANKRUPTCY ☐ OTHER
# OF DOCUMENTS: 1  # OF PAGES FAXED (excluding this one) 7  HAS FIRST APPEARANCE FEE BEEN PAID? ☒YES ☐NO
☒ADVANCE FEE          HEARING SET FOR              LAST DAY TO FILE   Today
Documents   General Denial + Affirmative Defenses

Special Instructions  Advance fee for 2 Defendants; file + endorsed
                      document

**Special Services**
Regular price includes faxing back to you the confirmation pages.

☒ Call to confirm receipt of fax ($2.00)          Do you want to SERVE these documents also?
☒ Call to confirm filing ($2.00)                  ☐ Yes - Please fax Service Of Process work order us well
☐ On Demand ($40.00)                              ☐ No

**CONFIRMATION INFORMATION**

REFERENCE No. _____         DO NOT PAY FROM THIS FORM!  Summary of Charges
                                        No. Doc       No. Pgs       Check#

☐ Filed        ☐ Received                                    Service Fee  $ _____
☐ Put in Drop Box (will/won't be filed with today's date)    Court Filing Fee $ _____
☐ Left for Signature in Dept                                 Misc. Funds Paid Out $ _____
☐ The Court will mail you a conformed copy                   Funds Advanced For $ _____
☐ We will get a conformed copy and FAX it to you   Other ☐
☐ The issued Summons will be mailed to you today
☐ A copy was delivered to _____
☐ Research Completed                                         Copies $ _____
☐ Form(s) Requested                             Postage/Next Day Delivery $ _____
                    PAGES FOLLOW: __                         TOTAL  $ _____
* Other Legend: (1) on demand (2) courtesy copy (3) preparing envelope (4) telephone calls (5) second trip to court (6) cover page (7) fax confirmation (8) research

*FAX 415-437-8684*

# ONE LEGAL
www.onelegal.com
support@onelegal.com



L F 0 0 1 3 2 8 6

## COURT WORK ORDER

| LITTLER & MENDELSON (SJ) | Cust No. |
|---|---|
| | 13286 |

Date: **8-24-06**

TEL: (408) 998-4150          EXT. ▪

Atty: **Michelle Heverly**

FAX (408) 288-5686

Contact
**Liz Bond or Michael Warren**

Client File No.
**037665.1017**

Case Short Title
**Michael Cava**     V     **NetVersant-National, Inc., et al.**

Case No.
**CGC-06-453469**

County/Court
**San Francisco County Superior Ct.**

Court: ☒ UNLIMITED ☐ LIMITED ☐ US DISTRICT ☐ US BANKRUPTCY ☐ OTHER_____

# OF DOCUMENTS: **1**   # OF PAGES FAXED (excluding this one) **7**   HAS FIRST APPEARANCE FEE BEEN PAID? ☐ YES ☒ NO

☒ ADVANCE FEE _____   HEARING SET FOR _____   LAST DAY TO FILE **TODAY**

**Documents**   **General Denial + Affirmative Defenses**

**Special Instructions**   **Advance fee for 2 Defendants; file + endorse document**

### Special Services
Regular price includes faxing back to you the confirmation pages.

☒ Call to confirm receipt of fax ($2.00)
☒ Call to confirm filing ($2.00)
☐ On Demand ($40.00)

Do you want to SERVE these documents also?
☐ Yes - Please fax Service Of Process work order as well
☒ No

### CONFIRMATION INFORMATION

REFERENCE No. | | | | | | |

☐ Filed   ☐ Received
☐ Put in Drop Box (will/won't be filed with today's date)
☐ Left for Signature in Dept
☐ The Court will mail you a conformed copy
☐ We will get a conformed copy and FAX it to you
☐ The issued Summons will be mailed to you today
☐ A copy was delivered to _____
☐ Research Completed
☐ Form(s) Requested

DO NOT PAY FROM THIS FORM!  Summary of Charges
No. Doc: _____ No. Pgs _____ Check # _____

| | | |
|---|---|---|
| Service Fee | $ | . |
| Court Filing Fee | $ | . |
| Misc. Funds Paid Out | $ | . |
| Funds Advanced Fee | $ | . |

Other *

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

| | | |
|---|---|---|
| Copies | $ | . |
| Postage/Next Day Delivery | $ | . |

PAGES FOLLOW: _____    TOTAL $ _____ .

* Other Legend: (1) on demand (2) courtesy copy (3) preparing envelope (4) telephone calls (5) second trip to court (6) cover page (7) fax confirmation (8) research

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Michelle B. Heverly, CSB 178660<br>Michael W. Warren, CSB 223642<br>Littler Mendelson<br>A Professional Corporation<br>50 West San Fernando St., 14th Floor<br>San Jose, CA 95113<br>ATTORNEY FOR *(Name):* Defendants NetVersant – National, Inc., and Peter Wainwright | TELEPHONE NO.:(408) 998-4150 | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, name of judicial district, and branch court, if any:
**San Francisco County Superior Court**

| PLAINTIFF: | Michael Cava |
|---|---|
| DEFENDANT: | Defendants NetVersant – National, Inc., and Peter Wainwright |

| **GENERAL DENIAL** | CASE NUMBER:<br>CGC-06-453469 |
|---|---|

---

You MUST use this form for your general denial if the amount asked for in the complaint or the value of the property involved is $1,000 or less.

You MAY use this form if:

1. The complaint is not verified, OR
2. The complaint is verified, and the action is subject to the economic litigation procedures of the municipal and justice courts, EXCEPT

You MAY NOT use this form if the complaint is verified and involves a claim for more than $1,000 that has been assigned to a third party for collection.

(See Code of Civil Procedure sections 90-100, 431.30, and 431.40.)

---

1. DEFENDANT(S) *(Name):* Defendants NetVersant – National, Inc., and Peter Wainwright, generally deny each and every allegation of plaintiff's complaint.

2. ☒ DEFENDANT(S) states the following FACTS as separate affirmative defenses to plaintiff's complaint *(attach additional pages if necessary):*

PLEASE SEE ATTACHED

Date:    August 24, 2006

MICHELLE B. HEVERLY
(TYPE OR PRINT NAME)

(SIGNATURE OF DEFENDANT OR ATTORNEY)

---

If you have a claim for damages or other relief against the plaintiff, the law may require you to state your claim in a special pleading called a cross-complaint or you may lose your claim. (See Code of Civil Procedure sections 426.10-426.40.)

The original of this General Denial must be filed with the clerk of this court with proof that a copy was served on each plaintiff's attorney and on each plaintiff not represented by an attorney. *(See the other side for a proof of service.)*

Form Adopted by Rule 982<br>Judicial Council of California<br>982(a)(13) (Rev. 1/1/87)

**GENERAL DENIAL**

CCP 431.30, 431.40

1

## MICHAEL CAVA v. NETVERSANT – NATIONAL, INC., et al.

2

### San Francisco County Superior Court

3

### Case No. CGC-06-453469

4

### AFFIRMATIVE DEFENSES

5      AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH

6   AND EVERY CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants

7   NetVersant – National, Inc., and Peter Wainwright (hereinafter "Defendants"), allege:

8      That Plaintiff's Complaint fails to allege facts sufficient to constitute any cause of

9   action or to set forth a claim upon which relief can be granted.

10     AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO

11   EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

12     That Plaintiff's Complaint and each of its causes of action are barred because, at all

13   relevant times, Plaintiff was an at-will employee, subject to termination, with or without cause, and

14   with or without notice.

15     AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH

16   CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

17     That Plaintiff did not reasonably rely upon any promises or statements allegedly made

18   by Defendants.

19     AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

20   EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

21     That Plaintiff did not substantially change his position to his detriment in reliance

22   upon any promises allegedly made to Plaintiff by Defendants.

23     AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH

24   CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

25     That Defendants' alleged representations were not knowingly false when made.

26     AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH

27   CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

28     That the contract alleged in Plaintiff's Complaint fails for lack of consideration.

LITTLER MENDELSON
A Professional Corporation
50 WEST SAN FERNANDO ST.
14TH FLOOR
SAN JOSE, CA 95113.2303
408.998.4150

Defendants' Affirmative Defenses

Case No. CGC-06-453469

1    AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

2    EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

3        That the contract alleged in Plaintiff's Complaint fails for lack of mutual assent.

4    AS AND FOR AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

5    EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

6        That Plaintiff is barred in equity from recovering on his Complaint, or on any claim

7    contained therein, under the doctrine of unclean hands.

8    AS AND FOR A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH

9    CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

10        That to the extent during the course of this litigation Defendants acquire any evidence

11    of wrongdoing by Plaintiff and the wrongdoing would have materially affected the terms and

12    conditions of Plaintiff's employment or would have resulted in Plaintiff either being demoted,

13    disciplined, or terminated, such after-acquired evidence shall bar Plaintiff's claim on liability or

14    damages or shall reduce such claim or damages as provided by law.

15    AS AND FOR A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

16    EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

17        That based on information and belief that the Complaint and each cause of action

18    alleged therein are barred by the applicable statues of limitations, including but not limited to,

19    California Code of Civil Procedure sections 335.1, 337, 338, 339, and California Government Code

20    sections 12960 and 12965.

21    AS AND FOR AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

22    EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

23        That Plaintiff's Complaint and each of its causes of action are barred because all acts

24    of Defendants affecting the terms and conditions of Plaintiff's employment were made without

25    malice, in good faith and motivated by legitimate, non-retaliatory, non-discriminatory reasons and/or

26    as a result of business necessity.

27    AS AND FOR A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

28    EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 WEST SAN FERNANDO ST.
14TH FLOOR
SAN JOSE, CA 95113.2303
408.998.4150

Defendants' Affirmative Defenses          2.          Case No. CGC-06-453469

1    That Plaintiff has failed to timely exhaust his administrative remedies with the

2  Department of Fair Employment and Housing, or other administrative agencies, the exhaustion of

3  which is a condition precedent to the maintenance of this action.

4    AS AND FOR A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE

5  TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

6    That at all times relevant, Defendants promulgated an anti-discrimination and anti-

7  harassment policy and complaint procedure which were communicated to Plaintiff, and Defendants

8  exercised reasonable care to prevent and correct promptly any inappropriate conduct.  Plaintiff

9  unreasonably failed to take advantage of the established complaint procedures, failed to take

10  advantage of other preventative or corrective opportunities provided by Defendants and otherwise

11  filed to avoid harm.

12    AS AND FOR A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE

13  TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

14    That Plaintiff is barred from recovering on the Complaint because each and every act

15  done or statement made by Defendants with regard to, or in any way related to, Plaintiff was

16  privileged as a good faith assertion of Defendants' legal rights.

17    AS AND FOR A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

18  EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

19    That Plaintiff consented to each of the allegedly wrongful acts he claims that

20  Defendants took against him.

21    AS AND FOR A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

22  EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

23    That all damages Plaintiff has suffered or will suffer are wholly or in part the result of

24  his own actions, or the actions of other parties, not the answering Defendants.

25    AS AND FOR A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE

26  TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

27    That Plaintiff is estopped by reason of his conduct, acts, or omissions, from

28  recovering against Defendants on any purported claims for relief contained in the Complaint.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 WEST SAN FERNANDO ST.
14TH FLOOR
SAN JOSE, CA  95113-2303
408.998.4150

Defendants' Affirmative Defenses                3.                Case No. CGC-06-453469

1            AS AND FOR AN EIGHTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE

2 TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

3            That Plaintiff could have, through diligence, found other employment and taken other

4 action which would have mitigated his damages, and he had an affirmative duty to do so, which was

5 breached by his failure to find other employment and take other action upon the cessation of his

6 employment with Defendant NetVersant.

7            AS AND FOR A NINETEENTH, SEPARATE AND AFFIRMATIVE DEFENSE

8 TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

9            That Plaintiff's Complaint fails to state a claim upon which either attorneys' fees or

10 exemplary damages may be awarded.

11            AS AND FOR A TWENTIETH, SEPARATE AND AFFIRMATIVE DEFENSE TO

12 EACH CAUSE OF ACTION SET FORTH PLAINTIFF'S COMPLAINT, Defendants allege:

13            That the Court's jurisdiction over the subject matter of the cause of action is

14 preempted by the exclusive remedy provisions of the California Workers' Compensation Act,

15 California Labor Code section 3200, *et seq.*, because Plaintiff's alleged injuries arose as a result of his

16 alleged employment with Defendants.

17            AS AND FOR A TWENTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE

18 TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendants allege:

19            Any award of exemplary damages as sought by Plaintiff would violate the due

20 process and excessive fine clauses of the Fifth, Eighth and Fourteenth Amendments of the United

21 States Constitution, as well as the Constitution of the State of California.

22            Defendants have not yet completed a thorough investigation and study or completed

23 discovery of all facts and circumstances of the subject matter of Plaintiff's Complaint, and

24 accordingly, reserves its right to amend, modify, revise or supplement its Answer, and to plead such

25 further defenses and take such further actions as they may deem proper and necessary in its defense

26 upon the completion of said investigation and study.

27            WHEREFORE, Defendants pray judgment against Plaintiff as follows:

28            1.     For an order dismissing Plaintiff's claims with prejudice, and entering

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 WEST SAN FERNANDO ST.
14TH FLOOR
SAN JOSE, CA 95113-2303
408.998.4150

Defendants' Affirmative Defenses           4.           Case No. CGC-06-453469

1    judgment in favor of Defendants and against Plaintiff;

2         2.    For all reasonable costs and attorneys' fees incurred by Defendants in

3    connection with the defense of this matter; and

4         3.    For such other and further relief as the Court in the exercise of its discretion

5    deems just and proper.

6    Dated:  August 24, 2006                    LITTLER MENDELSON

7                                              By: _Michelle Heverly_____

8                                              MICHELLE B. HEVERLY
                                               Attorney for Defendants
9                                              NETVERSANT – NATIONAL, INC., AND
                                               PETER WAINWRIGHT
10   Firmwide:81390123.1 037665.1017

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 WEST SAN FERNANDO ST.
14TH FLOOR
SAN JOSE, CA 95113 2303
408.998.4150

Defendants' Affirmative Defenses                    5.                    Case No. CGC-06-453469

1

## PROOF OF SERVICE

2      I am a resident of the State of California, over the age of eighteen years, and not a

3  party to the within action. My business address is 50 West San Fernando Street, 14th Floor, San

4  Jose, California 95113.2303. On August 24, 2006, I served the within document(s):

5      GENERAL DENIAL AND AFFIRMATIVE DEFENSES

6      ☐    by facsimile transmission at or about _____ on that date. This document
7           was transmitted by using a facsimile machine that complies with California Rules
           of Court Rule 2003(3), telephone number 408.288.5686. The transmission was
8           reported as complete and without error. A copy of the transmission report, properly
           issued by the transmitting machine, is attached. The names and facsimile numbers
9           of the person(s) served are as set forth below.

10     ☒    by placing a true copy of the document(s) listed above for collection and mailing
11          following the firm's ordinary business practice in a sealed envelope with postage
           thereon fully prepaid for deposit in the United States mail at San Jose, California
12          addressed as set forth below.

13     ☐    by depositing a true copy of the same enclosed in a sealed envelope, with delivery
14          fees provided for, in an overnight delivery service pick up box or office designated
           for overnight delivery, and addressed as set forth below.

15     ☐    by personally delivering a copy of the document(s) listed above to the person(s) at
16          the address(es) set forth below.
       Shahab E. Fotouhi
17     Daniel P. Iannitelli
       Fotouhi, Epps, Hillger & Gilroy LLP
18     160 Pine Street, Suite 710
       San Francisco, CA 94111
19     (Attorneys for Plaintiff)

20     I am readily familiar with the firm's practice of collection and processing

21  correspondence for mailing and for shipping via overnight delivery service. Under that practice it

22  would be deposited with the U.S. Postal Service or if an overnight delivery service shipment,

23  deposited in an overnight delivery service pick-up box or office on the same day with postage or fees

24  thereon fully prepaid in the ordinary course of business.

25     I declare under penalty of perjury under the laws of the State of California that the

26  above is true and correct. Executed on August 24, 2006, at San Jose, California.

27

28  _____
                              Elizabeth E. Bond

ITTLER MENDELSON
PROFESSIONAL CORPORATION
) West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

Firmwide:81423396.1 037665.1017

PROOF OF SERVICE

EXHIBIT – 4

CM-110

FOR COURT USE ONLY

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:

Shahab E. Fotouhi - 168301
Daniel P. Iannitelli - 203388
FOTOUHI • EPPS • HILLGER • GILROY LLP
160 Pine Street, Suite 710, San Francisco, CA, 94111

TELEPHONE NO.: (415) 362-9300    FAX NO. *(Optional)*: (415) 358-5521

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: Plaintiff Michael Cava

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

STREET ADDRESS: 400 McAllister

MAILING ADDRESS:

CITY AND ZIP CODE: San Francisco, CA  94102

BRANCH NAME:

PLAINTIFF/PETITIONER: MICHAEL CAVA

DEFENDANT/RESPONDENT: NETVERSANT-NATIONAL, INC., et al.

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one): [✓] UNLIMITED CASE (Amount demanded exceeds $25,000)    [ ] LIMITED CASE (Amount demanded is $25,000 or less) | CGC 06 453469 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: November 22, 2006    Time: 9:00 a.m.    Dept.: 212    Div.:    Room:

Address of court *(if different from the address above)*:

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. [✓] This statement is submitted by party *(name)*: Michael Cava
   b. [ ] This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*:
   b. [ ] The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [✓] All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served *(specify names and explain why not)*:
      (2) [ ] have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) [ ] have had a default entered against them *(specify names)*:
   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served)*:

4. **Description of case**
   a. Type of case in [✓] complaint    [ ] cross-complaint    *(describe, including causes of action)*:
   Disability Discrimination, Wrongful Termination in Violation of Public Policy, Harassment, Retaliation, Breach of Contract, Intentional Misrepresentation, Negligent Misrepresentaion, Breach of Covenant of Good Faith and Fair Dealing, IIED, NIED

Page 1 of 4

| PLAINTIFF/PETITIONER: MICHAEL CAVA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NETVERSANT-NATIONAL, INC., et al. | CGC 06 453469 |

4. b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Defendants harassed, retaliated and terminated plaintiff on the basis of his disability and failed to make reasonable accommodations based on his disability. Defendants also terminated plaintiff in violation of public policy and breached certain agreements with plaintiff concerning his employment. Plaintiff seeks economic, general and punitive damages.

☐  *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
The party or parties request  ☑ a jury trial    ☐ a nonjury trial    *(if more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
a.  ☐ The trial has been set for *(date):*
b.  ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
Any date after October 1, 2007, due to currently set trial.

7.  **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.  ☑ days *(specify number):* 10
b.  ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial  ☑ by the attorney or party listed in the caption    ☐ by the following:
a.  Attorney:
b.  Firm:
c.  Address:
d.  Telephone number:
e.  Fax number:
f.  E-mail address:
g.  Party represented:
☐ Additional representation is described in Attachment 8.

9.  **Preference**
☐ This case is entitled to preference *(specify code section):*

10.  **Alternative Dispute Resolution (ADR)**
a.  Counsel  ☑ has    ☐ has not    provided the ADR information package identified in rule 201.9 to the client and has reviewed ADR options with the client.
b.  ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
c.  ☐ The case has gone to an ADR process *(indicate status):*

| PLAINTIFF/PETITIONER: MICHAEL CAVA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NETVERSANT-NATIONAL, INC., et al. | CGC 06 453469 |

10. d.    The party or parties are willing to participate in (check all that apply):

    (1) [✓] Mediation

    (2) [ ] Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 1612)

    (3) [ ] Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 1612)

    (4) [ ] Binding judicial arbitration

    (5) [ ] Binding private arbitration

    (6) [ ] Neutral case evaluation

    (7) [ ] Other (specify):

e. [ ] This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

f. [ ] Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g. [ ] This case is exempt from judicial arbitration under rule 1601(b) of the California Rules of Court (specify exemption):

**11. Settlement conference**

[ ] The party or parties are willing to participate in an early settlement conference (specify when):

**12. Insurance**

a. [ ] Insurance carrier, if any, for party filing this statement (name):

b. Reservation of rights: [ ] Yes [ ] No

c. [ ] Coverage issues will significantly affect resolution of this case (explain):

**13. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

[ ] Bankruptcy [ ] Other (specify):

Status:

**14. Related cases, consolidation, and coordination**

a. [ ] There are companion, underlying, or related cases.

    (1) Name of case:

    (2) Name of court:

    (3) Case number:

    (4) Status:

    [ ] Additional cases are described in Attachment 14a.

b. [ ] A motion to [ ] consolidate [ ] coordinate will be filed by (name party):

**15. Bifurcation**

[ ] The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action (specify moving party, type of motion, and reasons):

**16. Other motions**

[ ] The party or parties expect to file the following motions before trial (specify moving party, type of motion, and issues):

---

www.JuriSearch.com

| PLAINTIFF/PETITIONER: MICHAEL CAVA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NETVERSANT-NATIONAL, INC., et al. | CGC 06 453469 |

**17. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Plaintiff | Initial Written Discovery | In progress |
| | Defendant Depositions | 4/01/07 |
| | Witness depositions | 6/30/07 |

c. ☐ The following discovery issues are anticipated *(specify):*

**18. Economic Litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**19. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**20. Meet and confer**

a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 212 of the California Rules of Court *(if not, explain):*

b. After meeting and conferring as required by rule 212 of the California Rules of Court, the parties agree on the following *(specify):*

**21. Case management orders**

Previous case management orders in this case are *(check one):*   ☐ none   ☐ attached as Attachment 21.

**22.** Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: November 1, 2006

Daniel P. Iannitelli

| _____ | ► _____ |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF PARTY OR ATTORNEY) |

| _____ | ► _____ |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF PARTY OR ATTORNEY) |

☐ Additional signatures are attached

www.JuriSearch.com

## PROOF OF SERVICE BY MAIL

*Cava v. Netversant-National, Inc., et al.*
San Francisco County Superior Court Case No. CGC 06-453469

I, the undersigned, declare:

That I am employed in the City of San Francisco, County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 160 Pine Street, Suite 710, San Francisco, California 94111.

That on **November 1, 2006**, I served the within:

## CASE MANAGEMENT STATEMENT FOR THE 11/22/06 CMC

on the parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United State Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

**Michelle B. Heaverly**
**Michael W. Warren**
LITTLER MENDELSON, P.C.
50 West San Fernando Street, 14th Floor
San Jose, CA 95113-2131
T: 408-998-4150
F: 408-288-5686
*Attorneys for defendants Netversant; Peter Wainwright*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **November 1, 2006,** at San Francisco, California.

L. Kate Cowan