EXHIBIT – 5

11-07-06    11:10am   From-LITTLER MENDELSON          408 920 9753        T-247  P.002/006  F-066

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Michelle B. Heverly CSB 178660
Michael W. Warren CSB 223642
Littler Mendelson, P.C.
50 W. San Fernando St., 14th Floor, San Jose, CA 95113
TELEPHONE NO. 408.998.4150    FAX NO *(Optional)*: 408.288.5686
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Defendants NetVersant and Peter Wainwright

**ENDORSED FILED**
San Francisco County Superior Court

NOV ᴗ 7 2006

GORDON PARK-LI, Clerk
BY_____WESLEY RAMIREZ____

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Franscisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94063-1655
BRANCH NAME:

PLAINTIFF/PETITIONER: Michael Cava

DEFENDANT/RESPONDENT: NetVersant-National, Inc., et al.

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one): ☒ UNLIMITED CASE  ☐ LIMITED CASE | CGC-06-453469 |
| (Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | **BY FAX** |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: November 22, 2006    Time: 9:00 a.m.    Dept.: 212    Div.:    Room:
Address of court *(if different from the address above)*:

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☒ This statement is submitted by party *(name)*: Defendants NetVersant and Peter Wainwright
   b. ☐ This statement is submitted jointly by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*:
   b. ☐ The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not):*

      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):*

      (3) ☐ have had a default entered against them *(specify names):*

   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served):*

4. **Description of case**
   a. Type of case in ☒ complaint ☐ cross-complaint *(describe, including causes of action):*
      Disability Discrimination; Wrongful Termination; Harrassment; Retaliation; Breach of Contract; Intentional Misrepresentation; Negligent Misrepresentation; Breach of Covenant of Good Faith and Fair Dealing; Intentional Infliction of Emotional Distress; and Negligent Infliction of Emotional Distress.

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*: <br> Michelle B. Heverly CSB 178660 <br> Michael W. Warren CSB 223642 <br> Littler Mendelson, P.C. <br> 50 W. San Fernando St., 14th Floor, San Jose, CA 95113 <br> TELEPHONE NO.: 408.998.4150    FAX NO. *(Optional)*: 408.288.5686 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Defendants NetVersant and Peter Wainwright | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF **San Franscisco** |
|---|
| STREET ADDRESS: 400 McAllister Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Francisco, CA 94063-1655 |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: Michael Cava |
|---|
| DEFENDANT/RESPONDENT: NetVersant-National, Inc., et al. |

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: <br> CGC-06-453469 |
|---|---|
| **(Check one):** ☒ **UNLIMITED CASE** <br> (Amount demanded exceeds $25,000) ☐ **LIMITED CASE** <br> (Amount demanded is $25,000 or less) | |

| A **CASE MANAGEMENT CONFERENCE** is scheduled as follows: |
|---|
| Date: November 22, 2006    Time: 9:00 a.m.    Dept.: 212    Div.:    Room: |
| Address of court *(if different from the address above)*: |

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. ☒ This statement is submitted by party *(name)*: Defendants NetVersant and Peter Wainwright
   b. ☐ This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*:
   b. ☐ The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not)*:

      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names)*:

      (3) ☐ have had a default entered against them *(specify names)*:

   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served)*:

4. **Description of case**
   a. Type of case in ☒ complaint ☐ cross-complaint *(describe, including causes of action)*:
   Disability Discrimination; Wrongful Termination; Harrassment; Retaliation; Breach of Contract; Intentional Misrepresentation; Negligent Misrepresentation; Breach of Covenant of Good Faith and Fair Dealing; Intentional Infliction of Emotional Distress; and Negligent Infliction of Emotional Distress.

**CASE MANAGEMENT STATEMENT**

American LegalNet, Inc. <br> www.USCourtForms.com

| PLAINTIFF/PETITIONER: Michael Cava | CASE NUMBER: CGC-06-453469 |
|---|---|
| DEFENDANT/RESPONDENT: NetVersant-National, Inc., et al. | |

**17. Discovery**
    a.  ☐  The party or parties have completed all discovery.
    b.  ☒  The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| Defendant | Plaintiff's Deposition | To be determined |
| Defendant | Interrogatories | November 14, 2006 |
| Defendant | Request for Production of Documents | November 14, 2006 |
| Defendant | Witness Depositions | To be determined |

    c.  ☐  The following discovery issues are anticipated *(specify)*:

**18. Economic Litigation**
    a.  ☐  This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.
    b.  ☐  This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

**19. Other issues**
    ☐  The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

**20. Meet and confer**
    a.  ☒  The party or parties have met and conferred with all parties on all subjects required by rule 212 of the California Rules of Court *(if not, explain)*:

    b.  After meeting and conferring as required by rule 212 of the California Rules of Court, the parties agree on the following *(specify)*:

**21. Case management orders**
    Previous case management orders in this case are *(check one)*: ☒ none ☐ attached as Attachment 21.

**22.** Total number of pages attached *(if any)*: _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: November 7, 2006

Michael W. Warren
_____
    (TYPE OR PRINT NAME)

▶ _____
    (SIGNATURE OF PARTY OR ATTORNEY)

_____
    (TYPE OR PRINT NAME)

▶ _____
    (SIGNATURE OF PARTY OR ATTORNEY)

    ☐  Additional signatures are attached

American LegalNet, Inc.
www.USCourtForms.com

1

## PROOF OF SERVICE BY MAIL

2          I am employed in Santa Clara County, California. I am over the age of eighteen years

3    and not a party to the within-entitled action. My business address is 50 West San Fernando Street,

4    14th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for

5    collection and processing of correspondence for mailing with the United States Postal Service. On

6    November 7, 2006, I placed with this firm at the above address for deposit with the United States

7    Postal Service a true and correct copy of the within document(s):

8                    CASE MANAGEMENT STATEMENT

9                    in a sealed envelope, postage fully paid, addressed as follows:

10        Shahab E. Fotouhi
          Daniel P. Iannitelli
11        Fotouhi, Epps, Hillger & Gilroy LLP
12        160 Pine Street, Suite 710
          San Francisco, CA 94111
13        (Attorneys for Plaintiff)

14

15          Following ordinary business practices, the envelope was sealed and placed for

16    collection and mailing on this date, and would, in the ordinary course of business, be deposited with

17    the United States Postal Service on this date.

18          I declare that I am employed in the office of a member of the bar of this court at

19    whose direction the service was made.

20          Executed on November 7, 2006, at San Jose, California.

21

22                                                 _____
                                                              Jan M. Gaeden
23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

Firmwide:81564774.1 037665.1017                                          Proof of Service



# FAX & FILE LEGAL SERVICES, Inc.

## WORK ORDER For Court Filing & Research

www.faxfile.com                                                           e-mail: corp@faxfile.com

| **LITTLER MENDELSON** | **Cust No.** |
| --- | --- |
| | **13286** |

Date: November 7, 2006          TEL: ( 408 ) 998-4150          EXT. _____

Atty: Michael W. Warren          FAX: ( 408 ) 288-5686

**Contact**
Jan Gaeden

**Law Firm File No.**
037665.1017

**Case Short Title**
Michael Cava          v          NetVersant-National, Inc., et al.

**Case No.**
CGC-06-453469

**County/Court**
SAN FRANCISCO/Civic Center - Fax (415) 437-9684

**Court:** [X] SUP/General   [ ] SUP/Limited   [ ] MUNICIPAL   [ ] US DISTRICT   [ ] BANKRUPTCY

**Documents**     # of Docs: ___1___     # of Pages: ___5___     Last Day to File: _11/7/06_

CASE MANAGEMENT STATEMENT

Special Instructions:
Please file the attached with the Court today and return a conformed file-stamped page to me for my files.

## Special Services
Regular price includes faxing back to you the conformed caption pages.

[X] F&F to call to confirm receipt of fax ($ 2.00)
[X] F&F call to confirm filing ($ 2.00)
[ ] On Demand/After Deadline ($20.00)

**Do you want F&F to also SERVE these documents?**
[ ] Yes - Please fax SOP work order as well
[X] No

### CONFIRMATION INFORMATION

**DO NOT PAY FROM THIS FORM!** Summary of Charges

**REFERENCE No.** [ ][ ][ ][ ][ ][ ]

[ ] Filed
[ ] Put In Drop Box (will/won't be filed with today's date)
[ ] Left for signature in Dept.
[ ] The Court will mail you a conformed copy
[ ] We will get a conformed copy and FAX it to you
[ ] The issued Summons will be mailed to you today
[ ] A copy was delivered to _____
[ ] Research Completed
[ ] Form(s) Requested

PAGES FOLLOW: _____

| | No.Docs | No.Pgs | Check# | |
| --- | --- | --- | --- | --- |
| Fax Filing Service Fee $ | | | | |
| Court Filing Fee $ | | | | |
| Misc. Funds Paid Out $ | | | | |
| Other  Funds Advanced Fee $ | | | | |
| Fax & File Copies $ | | | | |
| Postage/ Next Day Delivery | | | | |
| **TOTAL $** | | | | |

# Confirmation Report — Memory Send

Page     : 001
Date & Time: 11·07·06  11:12am
Line 1   : 40
Line 2   :
Machine ID : LI

*TC Tracy @*
*11:50 am*
*Confirm receipt*

| | | |
|---|---|---|
| Job number | : | 066 |
| Date | : | 11-07  11:09am |
| To | : | ☎2#390#14154379684 |
| Number of pages | : | 006 |
| Start time | : | 11-07  11:09am |
| End time | : | 11-07  11:12am |
| Pages sent | : | 006 |
| Status | : | OK |

Job number   : 066          *** SEND SUCCESSFUL ***

## FAX & FILE LEGAL SERVICES, Inc.
WORK ORDER For Court Filing & Research

www.faxfile.com                                          e-mail: corp@faxfile.com

**LITTLER MENDELSON**                                    Cust No. **13286**

Date: November 7, 2006                TEL: ( 408 ) 998-4150          EXT.
Atty: Michael W. Warren                FAX: ( 408 ) 288-5686
Contact                                Law Firm File No.
Jan Gaeden                             037665.1017
Case Short Title
Michael Cava                           NetVersant-National, Inc., et al.
Case No.                               County/Court
CGC-06-453469                          SAN FRANCISCO/Civic Center – Fax (415) 437-9684

Court: [X] SUP/General  [ ] SUP/Limited  [ ] MUNICIPAL  [ ] US DISTRICT  [ ] BANKRUPTCY

Documents   # of Docs: 1   # of Pages: 5   Last Day to File: 11/7/06

CASE MANAGEMENT STATEMENT

**Special Instructions:**
Please file the attached with the Court today and return a conformed file-stamped page to me for my files.

**Special Services**
Regular price includes faxing back to you the conformed caption page.
[X] F&F to call to confirm receipt of fax ($ 2.00)     Do you want F&F to also SERVE these documents?
[X] F&F call to confirm filing ($ 2.00)                [ ] Yes - Please fax SOP work order as well
[ ] On Demand/After Deadline ($20.00)                  [X] No

**CONFIRMATION INFORMATION**
**DO NOT PAY FROM THIS FORM!** Summary of Charges

REFERENCE No. [ ][ ][ ][ ][ ][ ][ ]

No.Docs ____ No.Pgs ____ Check# ____

| | |
|---|---|
| [ ] Filed | Fax Filing Service Fee $ |
| [ ] Put In Drop Box (will/won't be filed with today's date) | Court Filing Fee $ |
| [ ] Left for signature in Dept. | Misc. Funds Paid Out $ |
| [ ] The Court will mail you a conformed copy | Funds Advanced Fee $ |
| [ ] We will get a conformed copy and FAX it to you | Other |
| [ ] The issued Summons will be mailed to you today | |
| [ ] A copy was delivered to ____ | |
| [ ] Research Completed | Fax & File Copies $ |
| [ ] Form(s) Requested | Postage/ Next Day Delivery |
| PAGES FOLLOW: ____ | TOTAL $ |

7675415588

# ONE LEGAL, INC.



CONFIRMATION For **Court Filing & Research**

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 5342017 | Date: 11/7/2006 |
|---|---|

| | | | |
|---|---|---|---|
| Customer | LITTLER & MENDELSON (SJ) | Attorney | MICHAEL W. WARREN |
| Customer No. | 0013286 | Attorney e-mail | |
| Address | 50 W. San Fernando | Contact | JAN GAEDEN |
| | 14th Floor | Contact e-mail | |
| | San Jose, CA   95113 | Contact Phone | 408-998-4150 |
| | | Contact Fax | 408-288-5686 |
| | | Law Firm File Number | 037665.1017 |

**Case Information:**

Case Number 453469
County SAN FRANCISCO
Court San Francisco
Case Short Title MICHAEL CAVA vs. NETVERSANT-NATIONAL, INC.

| Documents Received: | No. Docs: 1   No. Pgs: 5 |
|---|---|

CASE MANAGEMENT

## This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| File Status: Assignment Completed | Service fee | 29.50 |
| Faxed back: 11/7/2006 | Phone calls | 4.00 |
| | | |
| | **Total:** | 33.50 |

Thank you for choosing One Legal.  If you have any questions
about this assignment, please contact,
San Francisco Branch
Ph: 415-437-1377

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michelle B. Heverly CSB 178660<br>Michael W. Warren CSB 223642<br>Littler Mendelson, P.C.<br>50 W. San Fernando St., 14th Floor, San Jose, CA  95113<br>TELEPHONE NO.: 408.998.4150    FAX NO. (Optional): 408.288.5686<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Defendants NetVersant and Peter Wainwright | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **San Franscisco**
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA  94063-1655
BRANCH NAME:

PLAINTIFF/PETITIONER:Michael Cava

DEFENDANT/RESPONDENT: NetVersant-National, Inc., et al.

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER:<br>CGC-06-453469 |
|---|---|
| (Check one):   ☒ UNLIMITED CASE<br>(Amount demanded<br>exceeds $25,000)   ☐ LIMITED CASE<br>(Amount demanded is $25,000<br>or less) | |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: November 22, 2006    Time: 9:00 a.m.    Dept.: 212    Div.:    Room:
Address of court (if different from the address above):

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1.  **Party or parties** (answer one):
    a. ☒  This statement is submitted by party (name): Defendants NetVersant and Peter Wainwright
    b. ☐  This statement is submitted **jointly** by parties (names):

2.  **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
    a. The complaint was filed on (date):
    b. ☐ The cross-complaint, if any, was filed on (date):

3.  **Service** (to be answered by plaintiffs and cross-complainants only)
    a. ☐  All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
    b. ☐  The following parties named in the complaint or cross-complaint
       (1) ☐  have not been served (specify names and explain why not):

       (2) ☐  have been served but have not appeared and have not been dismissed (specify names):

       (3) ☐  have had a default entered against them (specify names):

    c. ☐  The following additional parties may be added (specify names, nature of involvement in case, and the date by which they may be served):

4.  **Description of case**
    a.  Type of case in ☒ complaint ☐ cross-complaint (describe, including causes of action):
       Disability Discrimination; Wrongful Termination; Harrassment; Retaliation; Breach of Contract; Intentional
       Misrepresentation; Negligent Misrepresentation; Breach of Covenant of Good Faith and Fair Dealing; Intentional
       Infliction of Emotional Distress; and Negligent Infliction of Emotional Distress.

American LegalNet, Inc.<br>www.USCourtForms.com

| PLAINTIFF/PETITIONER: Michael Cava | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NetVersant-National, Inc., et al. | CGC-06-453469 |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*
    Plaintiff, a former employee of Defendant NetVersant, claims that Defendant failed to reasonably accommodate his disability.  He also claims that he was harassed, retaliated against, and wrongfully terminated on the basis of his disability.  Defendants deny these allegations and assert that the decision to terminate Plaintiff's employment was based on legitimate, non-discriminatory business reasons.

☐    *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
    The party or parties request ☐ a jury trial ☒ a nonjury trial *(if more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
    a.  ☐    The trial has been set for *(date):*
    b.  ☒    No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

    c.    Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**
    The party or parties estimate that the trial will take *(check one):*
    a.  ☒    days *(specify number):* 5-7
    b.  ☐    hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
    The party or parties will be represented at trial ☒ by the attorney or party listed in the caption ☐ by the following:
    a.  Attorney:
    b.  Firm:
    c.  Address:
    d.  Telephone number:
    e.  Fax number:
    f.  E-mail address:
    g.  Party represented:
    ☐    Additional representation is described in Attachment 8.

9.  **Preference**
    ☐    This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
    a.    Counsel ☒ has ☐ has not provided the ADR information package identified in rule 201.9 to the client and has reviewed ADR options with the client.
    b.  ☐    All parties have agreed to a form of ADR. ADR will be completed by *(date):*
    c.  ☐    The case has gone to an ADR process *(indicate status):*

**CASE MANAGEMENT STATEMENT**

American LegalNet, Inc.
www.USCourtForms.com

| | |
|---|---|
| PLAINTIFF/PETITIONER: Michael Cava | CASE NUMBER:<br>CGC-06-453469 |
| DEFENDANT/RESPONDENT: NetVersant-National, Inc., et al. | |

10. d.  The party or parties are willing to participate in *(check all that apply)*:

    (1) ☐ Mediation

    (2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 1612)

    (3) ☒ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 1612)

    (4) ☐ Binding judicial arbitration

    (5) ☐ Binding private arbitration

    (6) ☐ Neutral case evaluation

    (7) ☐ Other *(specify):*

 

    e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

    f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

    g. ☐ This case is exempt from judicial arbitration under rule 1601 (b) of the California Rules of Court *(specify exemption):*

11. **Settlement conference**

    ☒ The party or parties are willing to participate in an early settlement conference *(specify when):*

12. **Insurance**

    a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

    b. Reservation of rights: ☐ Yes  ☐ No

    c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

13. **Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

☐ Bankruptcy ☐ Other *(specify):*

Status:

14. **Related cases, consolidation, and coordination**

    a. ☐ There are companion, underlying, or related cases.

        (1) Name of case:

        (2) Name of court:

        (3) Case number:

        (4) Status:

        ☐ Additional cases are described in Attachment 14a.

    b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

15. **Bifurcation**

    ☒ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

Bifurcation of punitive damages.

16. **Other motions**

    ☒ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

Defendant anticipates filing a motion for summary judgment or, in the alternative, summary adjudication.

---

**CASE MANAGEMENT STATEMENT**

American LegalNet, Inc.<br>www.USCourtForms.com

| PLAINTIFF/PETITIONER: Michael Cava | ...SE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NetVersant-National, Inc., et al. | CGC-06-453469 |

**17. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Defendant | Plaintiff's Deposition | To be determined |
| Defendant | Interrogatories | November 14, 2006 |
| Defendant | Request for Production of Documents | November 14, 2006 |
| Defendant | Witness Depositions | To be determined |

c. ☐ The following discovery issues are anticipated *(specify):*

**18. Economic Litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**19. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**20. Meet and confer**

a. ☒ The party or parties have met and conferred with all parties on all subjects required by rule 212 of the California Rules of Court *(if not, explain):*

b. After meeting and conferring as required by rule 212 of the California Rules of Court, the parties agree on the following *(specify):*

**21. Case management orders**

Previous case management orders in this case are *(check one):* ☒ none ☐ attached as Attachment 21.

**22.** Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: November 7, 2006

Michael W. Warren
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached

American LegalNet, Inc.
www.USCourtForms.com

**PROOF OF SERVICE BY MAIL**

1
2          I am employed in Santa Clara County, California. I am over the age of eighteen years
3     and not a party to the within-entitled action. My business address is 50 West San Fernando Street,
4     14th Floor, San Jose, California  95113.2303. I am readily familiar with this firm's practice for
5     collection and processing of correspondence for mailing with the United States Postal Service.  On
6     November 7, 2006, I placed with this firm at the above address for deposit with the United States
7     Postal Service a true and correct copy of the within document(s):

8          CASE MANAGEMENT STATEMENT
9          in a sealed envelope, postage fully paid, addressed as follows:

10          Shahab E. Fotouhi
            Daniel P. Iannitelli
11          Fotouhi, Epps, Hillger & Gilroy LLP
12          160 Pine Street, Suite 710
            San Francisco, CA 94111
13          (Attorneys for Plaintiff)

14
15          Following ordinary business practices, the envelope was sealed and placed for
16     collection and mailing on this date, and would, in the ordinary course of business, be deposited with
17     the United States Postal Service on this date.

18          I declare that I am employed in the office of a member of the bar of this court at
19     whose direction the service was made.

20          Executed on November 7, 2006, at San Jose, California.

21
22                                              _____
23                                              Jan M. Gaeden

24
25
26
27
28

ITTLER MENDELSON
Professional Corporation
) West San Fernando Street
14th Floor
San Jose  CA  95113 2303
408 998 4150

Firmwide:81564774.1 037665.1017                                    Proof of Service

# EXHIBIT – 6

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
### 400 MCALLISTER STREET, SAN FRANCISCO, CA 94102

MICHAEL CAVA

PLAINTIFF (S)

VS.

NETVERSANT-NATIONAL, INC., A
DELAWARE CORPORATION et al

DEFENDANT (S)

**Pretrial Department 212
Case Management Order**

**NO. CGC-06-453469**

**Notice of Time and Place of Trial
and Mandatory Settlement
Conference**

To: ALL COUNSEL AND PARTIES IN PROPRIA PERSONA

The NOV-22-2006 CASE MANAGEMENT CONFERENCE is canceled.

YOU ARE HEREBY NOTIFIED that this case is set for Jury TRIAL on MAY-21-2007 at 9:30 AM in Dept. 206.

A MANDATORY SETTLEMENT CONFERENCE is set for MAY-02-2007 at 2:30 PM in Department 504, 400 McAllister Street San Francisco, CA 94102. Sanctions will be imposed for failure to comply with Local Rule 5.0.A. and Cal. Rules of Court, Rule 225.

If any party objects to this order, written notice of the objection must be filed with the Court; a courtesy copy must be delivered to Dept. 212 and served on all parties; and all counsel must appear for an objection hearing on NOV-22-2006 in Department 212 at 9:00AM.

After NOV-22-2006, ALL REQUESTS FOR CONTINUANCE MUST BE SUBMITTED TO THE PRESIDING JUDGE in Department 206, 400 MCALLISTER STREET, SAN FRANCISCO, CA 94102.

DATED: NOV-16-2006          ARLENE T. BORICK
                            _____
                            JUDGE/COMMISSIONER

# EXHIBIT – 7

1  MICHELLE B. HEVERLY, Bar No. 178660
   MICHAEL W. WARREN, Bar No. 223642
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 14th Floor
   San Jose, CA 95113.2303
4  Telephone:    408.998.4150

5  Attorneys for Defendants
   NETVERSANT - NATIONAL, INC., PETER
6  WAINWRIGHT

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                     COUNTY OF SAN FRANCISCO

10

11  MICHAEL CAVA,                    | Case No.  CGC-06-453469

12              Plaintiff,           | NOTICE OF OBJECTION TO TRIAL
                                     | DATE AND MANDATORY SETTLEMENT
13         v.                        | CONFERENCE

14  NETVERSANT - NATIONAL, INC., a
    Delaware corporation, dba
15  NETVERSANT - SAN FRANCISCO, aka
    NETVERSANT; PETER WAINWRIGHT,
16  an individual; and DOES 1 through 40,
    inclusive,
17
                Defendants.
18

19

20         Defendants NetVersant National, Inc., and Peter Wainwright hereby object to the

Notice of Time and Place of Trial and Mandatory Settlement Conference.  The parties have

conducted very minimal discovery, and will thus need more time to complete discovery prior to

bringing a dispositive motion.  The current trial schedule does not allow sufficient time.  In addition,

one of the lead trial attorneys in this matter, Michael Warren, is scheduled to have his first baby at

the end of April 2007.  Defendants thus request that the trial and all related dates be moved out at

least ninety days.

28

ENDORSED
FILED
San Francisco County Superior Court

NOV 2 0 2006

GORDON PARK-LI, Clerk
BY:
    MARIA SANCHEZ
                    Deputy Clerk



**INTERNET FAX Transmittal**

**Date:**     Monday, November 20, 2006

**To:**       Liz Bond
**Fax:**      408-288-5686

**From:**     ONE LEGAL BRANCH #103 - SAN FRANCISCO
**Fax:**      415-437-9684
**Phone:**    415-437-1377

**Number of pages to follow this form:  2**
If all information is not received, please
contact the branch at the numbers above
or contact Customer Support at 1-800-938-8815

# ONE LEGAL, INC.

CONFIRMATION For **Court Filing & Research**



| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 5342603 | Date: 11/20/2006 |
|---|---|

| | |
|---|---|
| Customer LITTLER & MENDELSON (SJ) | Attorney Michelle B Heverly |
| Customer No. 0013286 | Attorney e-mail |
| Address 50 W. San Fernando | Contact Liz Bond |
| 14th Floor | Contact e-mail |
| San Jose, CA 95113 | Contact Phone 408-998-4150 |
| | Contact Fax 408-288-5686 |
| | Law Firm File Number 037665-1017 |

**Case Information:**

Case Number CGC-06-453469
County SAN FRANCISCO
Court San Francisco
Case Short Title Michael Cava vs. Netversant-National

| Documents Received: | No. Docs: 1 | No. Pgs: 3 |
|---|---|---|

Notice of objection to trial date

## This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| File Status: Assignment Completed | Service fee | 29.50 |
| Faxed back: 11/20/2006 | Courtesy copy delivery | 5.00 |
| | Phone calls | 4.00 |
| | Copies | 0.75 |
| | **Total:** | **39.25** |

Thank you for choosing One Legal. If you have any questions
about this assignment, please contact,
San Francisco Branch
Ph: 415-437-1377
Fx: 415-437-9684

1   MICHELLE B. HEVERLY, Bar No. 178660
    MICHAEL W. WARREN, Bar No. 223642
2   LITTLER MENDELSON
    A Professional Corporation
3   50 West San Fernando Street, 14th Floor
    San Jose, CA 95113.2303
4   Telephone:    408.998.4150

5   Attorneys for Defendants
    NETVERSANT - NATIONAL, INC., PETER
6   WAINWRIGHT

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF SAN FRANCISCO

10

11  MICHAEL CAVA,                         Case No. CGC-06-453469

12              Plaintiff,                **NOTICE OF OBJECTION TO TRIAL
                                          DATE AND MANDATORY SETTLEMENT
13       v.                               CONFERENCE**

14  NETVERSANT - NATIONAL, INC., a
    Delaware corporation, dba
15  NETVERSANT - SAN FRANCISCO, aka
    NETVERSANT; PETER WAINWRIGHT,
16  an individual; and DOES 1 through 40,
    inclusive,
17
                Defendants.
18

19
            Defendants NetVersant National, Inc., and Peter Wainwright hereby object to the
20
    Notice of Time and Place of Trial and Mandatory Settlement Conference.   The parties have
21
    conducted very minimal discovery, and will thus need more time to complete discovery prior to
22
    bringing a dispositive motion. The current trial schedule does not allow sufficient time.  In addition,
23
    one of the lead trial attorneys in this matter, Michael Warren, is scheduled to have his first baby at
24
    the end of April 2007.  Defendants thus request that the trial and all related dates be moved out at
25
    least ninety days.
26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

1          Counsel for Defendants will appear at the Case Management Conference on

2    November 22, 2006 at 9:00 a.m.

3    Dated: November 20, 2006

4

5                                            *Michelle Heverly*

6                                         MICHELLE B. HEVERLY
7                                         LITTLER MENDELSON
                                     A Professional Corporation

8                                         Attorneys for Defendants
                                     NETVERSANT - NATIONAL, INC., PETER
                                     WAINWRIGHT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113 2303
408 998 4150

2.

1

## PROOF OF SERVICE BY MAIL

2    I am employed in Santa Clara County, California. I am over the age of eighteen years

3 and not a party to the within-entitled action. My business address is 50 West San Fernando Street,

4 14th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for

5 collection and processing of correspondence for mailing with the United States Postal Service. On

6 November 20, 2006, I placed with this firm at the above address for deposit with the United States

7 Postal Service a true and correct copy of the within document(s):

8    NOTICE OF OBJECTION TO TRIAL DATE AND MANDATORY
     SETTLEMENT CONFERENCE

9

10    in a sealed envelope, postage fully paid, addressed as follows:

11    Shahab E. Fotouhi
      Daniel P. Iannitelli

12    Fotouhi, Epps, Hillger & Gilroy LLP
      160 Pine Street, Suite 710

13    San Francisco, CA 94111
      (Attorneys for Plaintiff)

14

15    Following ordinary business practices, the envelope was sealed and placed for

16 collection and mailing on this date, and would, in the ordinary course of business, be deposited with

17 the United States Postal Service on this date.

18    I declare that I am employed in the office of a member of the bar of this court at

19 whose direction the service was made.

20    Executed on November 20, 2006, at San Jose, California.

21

22

23    _Elizabeth E. Bond_
      Elizabeth E. Bond

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

Firmwide:81564774.1 037665.1017                                                    Proof of Service

# Confirmation Report — Memory Send

Page      : 001
Date & Time: 11-21-06   09:59am
Line 1    : 408 920 9753
Line 2    :
Machine ID : LITTLER MENDELSON

| | | |
|---|---|---|
| Job number | : | 177 |
| Date | : | 11-21  09:57am |
| To | : | ☎2#166#14153585521 |
| Number of pages | : | 004 |
| Start time | : | 11-21  09:57am |
| End time | : | 11-21  09:59am |
| Pages sent | : | 004 |
| Status | : | OK |

Job number    : 177            **\*\*\* SEND SUCCESSFUL \*\*\***

## LITTLER MENDELSON
### A PROFESSIONAL CORPORATION

### FACSIMILE COVER SHEET
#### November 21, 2006

To:   Daniel P. Iannitelli/Shahab       Fax:   (415) 358-5521   Phone:   (415) 362-9300
Fotouhi
Fotouhi Ipps Hillger Gilroy LLP

Fax #(s) verified before sending (initial):
From:   Michelle B. Heverly       Fax:   408.288.5686   Phone:   408.998-4150
Length, including this cover letter:   4   Pages
If you do not receive all pages, please call Sender's Phone Number.

Message:

*Michael Cava v. NetVersant-National, Inc.* — Notice of Objection to Trial Date and Mandatory
Settlement Conference

Firmwide:81699748.1 037665.1017

CONFIDENTIALITY — The information contained in this fax message is intended only for the personal and confidential use of the designated recipient(s) named above. This message is a communication from attorneys or their agents relating to providing legal matters and, as such, is intended to be privileged and/or confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.   If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail.  Thank you.

Transmittal Completed: _____ am / pm    Client Code:  _037665.1017_    User Number:  _2053_

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM
50 West San Fernando Street, 14th Floor, San Jose, CA 95113.2303  Tel: 408.998.4150  Fax: 408.288.5686, www.littler.com



## LITTLER MENDELSON®

A PROFESSIONAL CORPORATION

### FACSIMILE COVER SHEET

November 21, 2006

To:  Daniel P. Iannitelli/Shahab        Fax:   (415) 358-5521   Phone:   (415) 362-9300
     Fotouhi
     Fotouhi Ipps Hillger Gilroy LLP

Fax #(s) verified before sending (initial):

From:   Michelle B. Heverly           Fax:   408.288.5686    Phone:   408.998-4150

Length, including this cover letter:     4      Pages

If you do not receive all pages, please call Sender's Phone Number.

Message:

*Michael Cava v. NetVersant-National, Inc.* – Notice of Objection to Trial Date and Mandatory
Settlement Conference

Firmwide:81699748.1 037665.1017

**CONFIDENTIALITY** – The information contained in this fax message is intended only for the personal and confidential use of the designated recipient(s) named above. This message is a communication from attorneys or their agents relating to pending legal matters and, as such, is intended to be privileged and/or confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

Transmittal Completed: _____ am / pm    Client Code: __037665.1017__    User Number: __2053__

## JUDGE PRO TEM PROCEDURE

GENERAL PURPOSE: In furtherance of the efforts of the Superior Court to provide alternative methods of case resolution, the Court offers a program for the utilization of Judges Pro Tem by stipulation of the parties. Trial counsel and the parties may stipulate to the assignment of cases to a Judge Pro Tem for jury and non-jury cases.

THE PANEL: The Court will maintain a list of attorneys willing to serve as Judges Pro Tem. A current list is attached.

PROCEDURE: All counsel are to confer with their clients and with each other in an effort to agree to stipulate to a Judge Pro Tem for jury and non-jury trials.

If a Judge Pro Tem is agreed upon, plaintiff's counsel shall contact Alisa Hollander at (415) 551-5715 to find out what dates are available on the Court's Judge Pro Tem Calendar. Once you are aware of the available dates, counsel and the Judge Pro Tem shall then agree upon a trial date. Alisa Hollander shall then be contacted immediately for confirmation of the availability of the chosen trial date, and the attached stipulation form shall be executed by counsel and the Judge Pro Tem. **ONLY THE COURT FORM STIPULATION TO USE JUDGE PRO TEM AND ORDER WILL BE ACCEPTED. TYPED STIPULATIONS WILL BE RETURNED.**

The stipulation, executed by all counsel <u>and</u> the judge pro tem, shall be submitted to Alisa Hollander, 400 McAllister Street, Room 206, San Francisco, CA 94102-4514, no later than ten (10) court days prior to the assigned trial date for signature of the Presiding Judge and filing with the Clerk of the Court.

Any order affecting the stipulation, and any subsequent stipulation (e.g. submitted when continuing an already agreed upon trial date), likewise, must be submitted to Alisa Hollander prior to submission for signature of the Presiding Judge.

COURT FACILITIES: The Superior Court will provide court facilities, a courtroom clerk, and a court reporter for the trial of cases conducted pursuant to this procedure.

COURT FEES: All standard court fees apply to this program (i.e., court reporter fees, jury fees, stipulation and order fees, continuation fees, etc.)

Alisa Hollander (415) 551-5715

# SAN FRANCISCO SUPERIOR COURT
## JUDGE PRO TEM LIST

| | |
|---|---|
| Adler, Joel D..................... (415) 885-5333 | Lubarsky, Bruce M................ (650) 348-0102 |
| Afshari, Koorosh................. (415) 882-3248 | Lynch, John P.................... (415) 623-2410 |
| Alexander, Mary E................ (415) 433-4440 | Lynch, Robert T................. (415) 397-2800 |
| Anolik, Alexander................ (415) 673-3333 | Madison, Debrenia............... (415) 241-1325 |
| Armour, Maya..................... (415) 986-1474 | Marron, Michael R............... (415) 905-0200 |
| Bassi, Marte J................... (415) 397-9006 | May, David E.................... (415) 399-3900 |
| Becker, Stephen C................ (415) 434-8000 | McLain, Mary K.................. (415) 380-8386 |
| Beckman, Richard................. (415) 495-8500 | Millar, James M................. (415) 392-2800 |
| Bernstein, William.............. (415) 956-1000 | Millstein, David J.............. (415) 348-0348 |
| Birkhimer, Dennis C............. (415) 922-1881 | Moody, Craig.................... (415) 398-2797 |
| Brant, Michelle.................. (415) 221-5910 | Moore, John D................... (510) 893-6300 |
| Campisi, Dominic J............... (415) 421-0288 | Moore, Theresa D................ (415) 469-5500 |
| Chapman, William................ (415) 352-3000 | Myles, Elliott A................ (510) 986-0877 |
| Cheng, Claudine.................. (415) 986-0361 | Narayan, S. D................... (650) 259-3300 |
| Commins, David H.S............... (415) 391-6490 | Newman, Nancy J................. (415) 995-5052 |
| Curtice, Lawrence L............. (415) 543-5805 | Niemann, Robert S............... (415) 397-2823 |
| Daniloff, Deborah A............. (415) 622-6656 | O'Grady, Sharon L............... (415) 983-1198 |
| Dawson, David P.................. (415) 772-9602 | Parrish, Shawn D................ (415) 901-8779 |
| Dickstein, Michael E............ (415) 474-1449 | Pasquali, Rolando............... (650) 579-0100 |
| Dinday, Brian R.................. (415) 864-8885 | Petersen, Mark D................ (415) 954-4406 |
| Divelbiss, Mark J................ (510) 339-1755 | Pfeffer, Irving................. (415) 296-7272 |
| Dorit, J. Niley.................. (415) 956-2757 | Porter, David M................. (415) 982-8600 |
| Drummond, Donald F............... (415) 433-2261 | Raifsnider, Michael J........... (415) 398-9001 |
| Ericson, Bruce A................. (415) 983-1560 | Rapaport, Daniel................ (510) 834-6600 |
| Feng, Samuel K................... (415) 885-5800 | Renne, Paul A................... (415) 693-2000 |
| Fielding, David H................ (415) 752-0431 | Richards, Norman B.............. (415) 393-2000 |
| Fineman, Martin L................ (415) 276-6500 | Rosack, Charlene P.............. (415) 986-8600 |
| Fleisig, David H................. (510) 548-2030 | Rosen, Sanford Jay.............. (415) 433-6830 |
| Fleming, James H................. (510) 466-6723 | Rosenthal, Kenneth W............ (415) 957-0898 |
| Goldstein, R. Stephen........... (415) 673-5600 | Ross, Jeffrey S................. (415) 983-1730 |
| Gorski, Stephen J................ (415) 248-1010 | Rubin, Roger R.................. (415) 441-1112 |
| Gray, Gary L..................... (415) 775-4818 | Seidenfeld, Marc................ (650) 877-8253 |
| Grotch, Richard.................. (650) 592-5400 | Seidscher, Seymour.............. (415) 863-9133 |
| Gulick, John Nye, Jr............ (415) 782-1330 | Shain, Henry.................... (415) 781-6500 |
| Gutierrez, Paul D................ (415) 398-9000 | Sheppard, Robert J.............. (415) 296-0900 |
| Hadiaris, Peter N................ (415) 593-0077 | Sleight, Roger W................ (415) 781-7900 |
| Harris, Alan E................... (415) 954-4424 | Smith, John C., Jr.............. (415) 861-1886 |
| Harris, Lee S.................... (415) 673-5600 | Smith, William B................ (415) 421-7995 |
| Hassan, Rey...................... (415) 391-8595 | Souza, Ronald J................. (415) 398-3500 |
| Hicks, David K................... (510) 595-2000 | Spencer, Gregory S.............. (415) 622-6041 |
| Hipshman, Anne................... (415) 703-4868 | Stein, John C................... (408) 298-5678 |
| Horning, Richard Allan.......... (650) 839-5066 | Stein, Steven B................. (415) 464-7171 |
| Hoy, Colleen M................... (415) 221-2656 | Stumpf, Robert J., Jr........... (415) 774-3288 |
| Hudgins, Nancy E................. (415) 979-0100 | Tigerman, Stephen M............. (415) 788-1588 |
| Imber, Robert C.................. (415) 487-7435 | Valerian, Richard C............. (510) 521-0612 |
| Ingram, Robert B................. (415) 499-0800 | Wailes, W. George............... (650) 342-9600 |
| Jedeikin, Joseph................. (415) 781-7050 | Warren, Richard D............... (510) 528-4423 |
| Joost, William E., Jr........... (415) 721-2110 | Weber, Steven J................. (415) 788-3900 |
| Jungreis, Jason.................. (415) 433-3993 | Wecht, Ronald H................. (415) 981-7210 |
| Kane, Robert F................... (415) 982-1510 | Weinstein, Joshua............... (415) 865-7688 |
| King, David C.................... (707) 762-6385 | White, Mark A................... (415) 352-3000 |
| Kingsley, Sanford................ (415) 882-5000 | Willdorf, Barry S............... (415) 543-0233 |
| Kipperman, Steven M............. (415) 397-8600 | Willey, Michel F................ (415) 781-1022 |
| Kornblum, Guy O.................. (415) 440-7800 | Witte, Philip................... (925) 937-9990 |
| Krell, Bruce..................... (415) 861-4414 | Wohl, Jeffrey D................. (415) 856-7255 |
| Kuhl, P. Beach................... (415) 781-7900 | Young, A. M..................... (415) 421-6772 |
| LaLanne, Thomas J................ (415) 434-1122 | |
| Latham, Thomas W................. (415) 421-0288 | |
| Leal, George C................... (415) 788-8988 | |
| Lerner, Glenn A.................. (415) 781-4000 | |
| Lewis, Robert A.................. (415) 393-2000 | |
| Lieberman, R. Michael........... (415) 929-3197 | |
| LoSavio, Thomas J................ (415) 981-6630 | Rev. 04/07/06 |

SUPERIOR COURT OF THE STATE OF CALIFORNIA
CITY AND COUNTY OF SAN FRANCISCO

|  |  |
|---|---|
| _____ ) ) ) ) ) ) ) ) ) ) ) _____ ) | Case No. _____<br><br>STIPULATION TO USE JUDGE<br>PRO TEM AND ORDER<br>(Cal. Const. art. VI, §21)<br><br>Assigned Trial Date:_____<br>Estimated Trial Days:_____<br>Jury:   Yes___        No___ |

_____ shall serve as Judge Pro Tem for the trial of this case. The above trial date is continued/advanced to _____ (optional). The Judge Pro Tem has signed below and will be the judge for all trial purposes, including in limine motions. Any motions or hearings which are scheduled for the Court to hear shall conform to applicable statutes and court rules.

    We hereby represent to the Court that all essential parties have appeared herein and that this case is at issue as to all such parties; that no amended or supplemental complaint or cross-complaint or other affirmative pleading remains unanswered; no other parties will be served with a summons prior to the time of trial.

THE FOREGOING IS STIPULATED AND AGREED TO BY:

1._____, counsel for _____

2._____, counsel for _____

3._____, counsel for _____

4._____, counsel for _____

I AGREE TO SERVE AS THE JUDGE PRO TEM.

| _____ | _____ | _____ |
|---|---|---|
| Date | State Bar No. | Judge Pro Tem |

Oath of Office filed on _____          address_____

_____

IT IS SO ORDERED.

| _____ | _____ |
|---|---|
| Date | Presiding Judge of the Superior Court |

SUBMIT TO:  Alisa Hollander, 400 McAllister St., Rm. 206, S.F., CA  94102

## SUPERIOR COURT OF SAN FRANCISCO
### 400 McAllister Street
### San Francisco, CA 94102-4512

TO:  All Counsel Appearing

FR:  Gordon Park-Li, Clerk of the Court

RE:  Post Trial Activities

The judge who heard your case is not an active member of this bench, being either retired, assigned from another court, or stipulated to as judge pro tem. To ensure proper disposition of future papers in this matter, kindly mail or messenger all documents which you would normally submit directly to the trial judge for signature to:

Court Manager, Civil Courtroom Clerks
400 McAllister Street, Room 103
San Francisco, CA 94102-4514

We will process the documents and forward to the judge, as necessary.

Papers which are normally filed in the Clerk's office should be submitted in the usual manner. If appropriate, courtesy copies may be provided directly to the judge or through our office.

Post trial papers such as motion for new trial, motion to tax costs, etc. must be filed with the Clerk's office in a timely manner with courtesy copies sent to the chief civil clerk and should indicate below the title of the motion the name of the judge, the extra-session number, and the notation that the date/time of the hearing will be determined by the Court. This is usually accomplished with the abbreviation "TBD" for "to be determined." After consultation with the sitting judge, the Court will notify the moving party of the date and time of the hearing and request the movant notify all other parties. Since these motions are generally set on Fridays, counsel is encouraged to provide the Court, via cover letter, dates that are acceptable to all counsel.

Questions may be addressed to Mallun Breedlove at (415) 551-3683.

# Confirmation Report — Memory Send

Page          : 001
Date & Time: 11-20-06   11:54am
Line 1       : 408 920 9753
Line 2       :
Machine ID : LITTLER MENDELSON

| | | |
|---|---|---|
| Job number | : | 163 |
| Date | : | 11-20  11:52am |
| To | : | ☎2#790#14154379684 |
| Number of pages | : | 004 |
| Start time | : | 11-20  11:52am |
| End time | : | 11-20  11:54am |
| Pages sent | : | 004 |
| Status | : | OK |

Job number   : 163

## *** SEND SUCCESSFUL ***

FAX : 415-437-9684

**ONE LEGAL**
www.onelegal.com
support@onelegal.com

### COURT WORK ORDER
LITTLER & MENDELSON (SJ)

Cust No. 13286

Date: 11-20-06                    TEL: (408) 998-4150     EXT. □
Atty: Michelle B. Heverly         FAX (408) 288-5686
Contact
Liz Bond & Michelle Heverly       Client File No.
Case Short Title                  037665.1017
Michael Cava              v. Netversant - National, Inc
Case No.
CGC-06-453469                     County/Court
                                  San Francisco City Superior Court
Court: ☑UNLIMITED □ LIMITED □ US DISTRICT □ US BANKRUPTCY □ OTHER____
# OF DOCUMENTS: 1  # OF PAGES FAXED (excluding this one) 3  HAS FIRST APPEARANCE FEE BEEN PAID? □YES ☑NO
□ ADVANCE FEE _____ HEARING SET FOR 11-22-06  LAST DAY TO FILE TODAY
Documents: Notice of Objection to Trial Date + Mandatory Settlement Conference

Special Instructions  Deliver courtesy copy to Dept. 212

**Special Services**
Regular price includes faxing back to you the confirmation pages.

☑ Call to confirm receipt of fax ($2.00)          Do you want to SERVE these documents also?
☑ Call to confirm filing ($2.00)                  ☑ Yes - Please fax Service Of Process work order as well
□ On Demand ($40.00)                              □ No

**CONFIRMATION INFORMATION**

REFERENCE No. | | | | | | |

DO NOT PAY FROM THIS FORM!  Summary of Charges
No. Doc    No. Pgs    Check#_____

| | |
|---|---|
| □ Filed    □ Received | Service Fee  $ _____ |
| □ Put in Drop Box (will/won't be filed with today's date) | Court Filing Fee  $ _____ |
| □ Left for Signature in Dept | Misc. Funds Paid Out  $ _____ |
| □ The Court will mail you a conformed copy | Funds Advanced Fee  $ _____ |
| □ We will get a conformed copy and FAX it to you | Other |
| □ The issued Summons will be mailed to you today | |
| □ A copy was delivered to _____ | Copies  $ _____ |
| □ Research Completed | Postage/Non Day Delivery  $ _____ |
| □ Form(s) Requested | |
| PAGES FOLLOW: _____ | TOTAL  $ _____ |

* Other Legend: (1) on demand (2) courtesy copy (3) preparing envelope (4) telephone calls (5) second trip to court (6) cover page (7) fax confirmation (8) research

FAX *115-437-9684*

# ONE LEGAL
www.onelegal.com
support@onelegal.com

## COURT WORK ORDER



LF0013286

| LITTLER & MENDELSON (SJ) | Cust No. |
|---|---|
| | 13286 |

Date: **11-20-06**

Atty: **Michelle B. Heverly**

Contact
**Liz Bond a Michelle Heverly**

TEL: (408) 998-4150  EXT. ▫

FAX (408) 288-5686

Client File No.
**037665.1017**

Case Short Title
**Michael Cava**  V  **Netversant-National, Inc.**

Case No.
**CGC-06-453469**

County/Court
**San Francisco City Superior Court**

Court: ☑ UNLIMITED ☐ LIMITED ☐ US DISTRICT ☐ US BANKRUPTCY ☐ OTHER_____

# OF DOCUMENTS: **1**   # OF PAGES FAXED (excluding this one) **3**   HAS FIRST APPEARANCE FEE BEEN PAID? ☑ YES ☐ NO

☐ ADVANCE FEE _____   HEARING SET FOR **11-22-06** LAST DAY TO FILE **TODAY**

**Documents**  **Notice of Objection to Trial Date + Mandatory Settlement Conference**

**Special Instructions**  **Deliver courtesy copy to Dept. 212**

---

### Special Services
Regular price includes faxing back to you the confirmation pages.

☑ Call to confirm receipt of fax ($2.00)
☑ Call to confirm filing ($2.00)
☐ On Demand ($40.00)

Do you want to SERVE these documents also?
☐ Yes - Please fax Service Of Process work order as well
☐ No

### CONFIRMATION INFORMATION

REFERENCE No. | | | | | | |

☐ Filed   ☐ Received
☐ Put in Drop Box (will/won't be filed with today's date)
☐ Left for Signature in Dept
☐ The Court will mail you a conformed copy
☐ We will get a conformed copy and FAX it to you
☐ The issued Summons will be mailed to you today
☐ A copy was delivered to _____
☐ Research Completed
☐ Form(s) Requested

PAGES FOLLOW: _____

DO NOT PAY FROM THIS FORM!  Summary of Charges
No. Doc: _____  No. Pgs _____  Check # _____

| | | |
|---|---|---|
| Service Fee | $ | . |
| Court Filing Fee | $ | . |
| Misc. Funds Paid Out | $ | . |
| Funds Advanced Fee | $ | . |

Other * | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 |

Copies $ _____ . _____
Postage/Next Day Delivery $ _____ . _____

TOTAL $ _____ . _____

* Other Legend: (1) on demand (2) courtesy copy (3) preparing envelope (4) telephone calls (5) second trip to court (6) cover page (7) fax confirmation (8) research