EXHIBIT -14

1    MICHELLE B. HEVERLY, Bar No. 178660
     MICHAEL W. WARREN, Bar No. 223642
2    LITTLER MENDELSON
     A Professional Corporation
3    50 West San Fernando Street, 14th Floor
     San Jose, CA  95113.2303
4    Telephone:   408.998.4150

5    Attorneys for Defendants
     NETVERSANT - NATIONAL, INC., PETER
6    WAINWRIGHT

ENDORSED FILED
COUNT... ...RT
...CISCO
MAR 0 9 2007
GOR... ...U, CLERK
BY: _____
Dep.ty Clerk

7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                COUNTY OF SAN FRANCISCO

10    MICHAEL CAVA,             Case No.  CGC-06-453469

11          Plaintiff,          **DECLARATION OF PETER
                                     WAINWRIGHT IN SUPPORT OF**
12          v.                       **DEFENDANT NETVERSANT'S MOTION
                                     FOR SUMMARY JUDGMENT, OR IN THE**
13    NETVERSANT - NATIONAL, INC., a    **ALTERNATIVE, SUMMARY
     Delaware corporation, dba                 ADJUDICATION**
14    NETVERSANT - SAN FRANCISCO, aka
     NETVERSANT; PETER WAINWRIGHT,    Date:       May 23, 2007
15    an individual; and DOES 1 through 40,    Time:       9:30 a.m.
     inclusive,                         Dept:       301
16                                   Judge:     Hon. Peter Busch
               Defendants.
17

18

19        I, Peter Wainwright, hereby declare and state as follows:

20             1.      I have personal knowledge of the following facts and if called upon to testify

21 as a witness, I could and would competently testify thereto.

22             2.      I am currently a Vice President of Sales for NetVersant – National, Inc.  I

23 have worked in this capacity for NetVersant since 2000.  I work out of the Company's office in

24 South San Francisco.  Between June 2004 until his termination in August 2005, Michael Cava was

25 an Account Executive under my direct supervision.

26             3.      Attached as Exhibit 1 to my declaration is a true and accurate copy of

27 NetVersant's Employee Handbook in effect during Mr. Cava's employment.

28             4.      As part of my duties, I was responsible for evaluating the sales performance of

LITTLER MENDELSON
...
1th Floor
...CA  95113.2303
408.998.4150

Case No.  CGC-06-453469

DECLARATION OF PETER WAINWRIGHT

1   Mr. Cava, as well as the other Account Executives under my supervision. Account Executives at

2   NetVersant have two distinct and important job functions, both of which are necessary for the

3   Company's business success. First, Account Executives must develop and sign new accounts.

4   Developing new business is an integral part of NetVersant's growth and success. Second, Account

5   Executives must maintain and service current accounts on an on-going, day-to-day basis. This

6   requires time and effort, as well as an ability to keep-up with new technology so as to proactively

7   market new products and services to our existing customers.

8           5.      Prior to taking his extended leave of absence, Mr. Cava's sales performance

9   was less than satisfactory. He made virtually no new sales and was only approximately 33% of his

10  prorated annual quota by the time he went on leave, based on business that was signed while he was

11  employed. He was not able to attract or close any new customers during his tenure at NetVersant,

12  even though it was clearly understood that this was a major component of his job responsibility.

13          6.      Mr. Cava's leave of absence from work left the accounts that were assigned to

14  him completely uncovered. To avoid losing those accounts, I had to assign other Account

15  Executives to work on the accounts while Mr. Cava was on leave. Although other Account

16  Executives were able to fill-in for Mr. Cava for a short time period without being fully compensated,

17  as Mr. Cava's leave was extended to about nine months, requiring them to do so on an extended

18  basis posed a hardship for NetVersant as there was a risk of losing both the accounts as well as the

19  other Account Executives. I could not expect the other Account Executives to work on the accounts

20  for an extended period of time without sufficient compensation or recognition, particularly given the

21  amount work those accounts required on a daily basis. In addition, it was very disruptive for our

22  customers to keep having new Account Executives. In the case of Jennifer Forrest's accounts,

23  several customers had been assigned to as many as four different representatives within an

24  approximate one year period (Ms. Forrest, then Jeff Cotter as an interim representative before

25  Plaintiff's hire, then Plaintiff, and then a new sales representative when he went out on leave).

26  Therefore, I had to permanently reassign Mr. Cava's accounts to other Account Executives, and thus

27  give them the appropriate compensation and the accounts the appropriate stability, while Plaintiff

28  was on an extended leave of absence.

LITTLER MENDELSON
5 PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113-2303
408 998 4150

2.

DECLARATION OF PETER WAINWRIGHT

7.      As a result of Mr. Cava's extended leave and the necessary reassignment of accounts, the other Account Executives carried a much heavier daily workload and as a consequence were drawn away from their efforts to obtain new business, concentrating more on servicing existing accounts.  On a long-term basis, this created a hardship for the Company as new business activity suffered.  As I stated earlier, obtaining new business is an integral part of NetVersant's growth and success.  NetVersant required a full-time Account Executive to perform the sales function of the position and develop new business.  The longer NetVersant went without the production of a full-time Account Executive to perform this integral part of the job, the more the growth of NetVersant's business was harmed.

I hereby declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed on March 7 , 2007, at _South San Francisco_ , California.

_____
PETER WAINWRIGHT

Firmwide:82140090.1 037665.1017

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

3.

# EXHIBIT – 1

Case 4:07-cv-00624-SBA   Document 17   Filed 08/19/2007   Page 6 of 24



**EMPLOYEE HANDBOOK**



*NetVersant*

D00001

# Employee Handbook

## for

## *NetVersant*

June 16, 2000
Revised June 2002

This publication is the confidential property of NetVersant Solutions, Inc.
All Rights Reserved, 2000

CN001-999 (5/29/2002)

D00002

*Welcome to The Team!*

*On behalf of the entire executive management team, we welcome you to NetVersant and wish you every success here.*

*You have joined the largest national service provider of network infrastructure solutions and an organization that has established an outstanding reputation for quality products and services. Credit for this goes to every one of our employees. We hope you, too, will find satisfaction and take pride in being a member of our team.*

*This Handbook was developed to describe some of the expectations we have of our employees and to outline the policies, programs and some of the benefits available to eligible employees. You should familiarize yourself with the contents of the Handbook as soon as possible.*

*While this Handbook includes a lot of material, it is not your only source of information about our Company or your job. Your manager can respond to any questions you may have about your job. All of the Company's managers and HR Administrators are accessible for problem solving and guidance.*

*From time to time, the information included in our Employee Handbook may change. Every effort will be made to keep you informed through suitable lines of communication.*

*To the new employee we extend a cordial welcome to the organization. To those conscientious and loyal employees who have been with us for some time, we repeat our genuine appreciation for your contributions and dedication to the concepts of service and quality. We know that your experience here will be challenging, enjoyable and rewarding.*

*Sincerely yours,*

*Scott L. Fordham*
*Chairman of the Board*
*and Chief Executive Officer*
*NetVersant Solutions, Inc.*

CN001-999 (5/29/2002)

# Table of Contents

**Welcome Letter**
**About Your Employee Handbook**

## 1. EMPLOYMENT

**General Provisions**.................................................................................................................3

    Anti-Harassment/Anti-Discrimination/Anti-Retaliation .............................................3
    At-Will Employment ...................................................................................................4
    Drug-Free Workplace Policy .....................................................................................4
    Equal Employment Opportunity.................................................................................6

**Employment Classifications** ...................................................................................................7

    Full-Time Employees.................................................................................................7
    Part-Time Employees ................................................................................................7
    Temporary Employees ..............................................................................................7
    Non-exempt and Exempt Employees........................................................................7

**Employment Policies** .............................................................................................................8

    Anniversary Date.......................................................................................................8
    Conditions of Employment ........................................................................................8
    Confidential Information..............................................................................................8
    Customer and Public Relations .................................................................................9
    Dress Code/Personal Appearance............................................................................9
    Employee Privacy......................................................................................................9
    Former Employees ..................................................................................................10
    Hours of Work..........................................................................................................10
    Immigration Law Compliance ..................................................................................10
    Internet, Electronic Mail & Voice Mail.....................................................................10
    Introductory Period ..................................................................................................10
    Minors......................................................................................................................11
    Outside Employment ...............................................................................................11
    Personnel Files........................................................................................................11
    Pre-employment Background Screening..................................................................12
    Relatives..................................................................................................................12
    Workplace Violence.................................................................................................12

**Standards of Conduct**..........................................................................................................13

    Absenteeism & Tardiness .......................................................................................13
    Attendance ..............................................................................................................13
    Discipline .................................................................................................................13

## 2. COMPENSATION AND PERFORMANCE

**Wage and Salary Policies** ...................................................................................................16

    Call Back Pay ..........................................................................................................16
    Compensation Reviews...........................................................................................16

D00004

Deductions.................................................................................................. 16
Errors in Pay............................................................................................. 16
Lunch Period and Rest Breaks.................................................................. 16
Overtime Pay............................................................................................. 17
Pay Procedures ......................................................................................... 17
Performance Management ......................................................................... 17
Termination & Severance Pay ................................................................... 18
Time Cards/Records.................................................................................. 18
Wage Assignments (Garnishments).......................................................... 18

## 3. BENEFITS

**The Benefits Package** ..................................................................................... 20

    Eligibility for Benefits ............................................................................... 20

**Paid Leaves of Absence** ................................................................................. 21

    Funeral (Bereavement) Leave................................................................... 21
    Holidays.................................................................................................... 21
    Vacation.................................................................................................... 22

**Unpaid Leaves of Absence**............................................................................. 23

    Educational Leave of Absence .................................................................. 23
    Election Day .............................................................................................. 23
    Federal Family and Medical Leave Act (FMLA) ........................................ 23
    Jury Duty ................................................................................................... 24
    Military Leave of Absence ......................................................................... 24
    Personal Leave of Absence ...................................................................... 24

**Insurance Coverages** ..................................................................................... 25

    General Information.................................................................................... 25
    Group Insurance........................................................................................ 25
    Eligibility.................................................................................................... 25
    NetVersant Core Benefits Package............................................................ 25
    Other Benefit Options................................................................................ 26
    Pretax Contribution Advantage ................................................................. 27
    Flexible Spending Accounts ...................................................................... 27
    Termination of Insurance........................................................................... 27
    Benefits Continuation (COBRA) ................................................................ 27

**Government Required Coverage** .................................................................... 29

    Social Security........................................................................................... 29
    Unemployment Compensation .................................................................. 29
    Workers' Compensation ............................................................................ 29

**Retirement/401(k) Plan**.................................................................................... 30

**Other Benefits**................................................................................................ 31

    Educational Assistance ............................................................................. 31
    Education/Training (Attending Seminars/Training Sessions)....................... 31

D00005

## 4.  OTHER POLICIES

**Vehicle Policies** ......................................................................................................................... 33

General Vehicle Guidelines .............................................................................. 33
Driver's License & Driving Record.................................................................... 33
Use of Personal Vehicles on Company Business ............................................ 33
Vehicle Accidents ............................................................................................. 34
Vehicle Parking................................................................................................. 34
Vehicle and Equipment Security ...................................................................... 34
Vehicle Use ...................................................................................................... 34
Violations .......................................................................................................... 34

**Other Policies** ............................................................................................................................ 35

Bulletin Boards ................................................................................................. 35
Employee Referral/Recruitment Bonus ............................................................ 35
Exit Interviews .................................................................................................. 35
Gifts .................................................................................................................. 35
Managers........................................................................................................... 35
Personal Phone Calls ....................................................................................... 35
References ........................................................................................................ 36
Resignation....................................................................................................... 36
Return of Company Property ............................................................................ 36
Solicitations & Distributions ............................................................................. 36
Suggestions....................................................................................................... 36
Travel Expenses............................................................................................... 37

## 5.  SAFETY AND SECURITY

**Safety Policies** .......................................................................................................................... 39

General Safety Rules ........................................................................................ 39
Fires and Emergencies...................................................................................... 39
Good Housekeeping.......................................................................................... 39
Hazard Communications ................................................................................... 39
Reporting Accidents and Injuries...................................................................... 39
Security.............................................................................................................. 40
Smoking............................................................................................................. 40
Visitors .............................................................................................................. 40

D00006

## ABOUT YOUR EMPLOYEE HANDBOOK

### INTRODUCTION

In every organization it is necessary to establish a framework that will advance both the objectives of the organization and the interests of the individual. Simply stated, every employee needs to know where he or she stands with the employer and to have an opportunity to become familiar with the rules and policies used in operating the Company.

No Handbook can anticipate every circumstance or question about policy. As the Company continues to grow, the need may arise and the Company reserves the right to revise, supplement, or rescind any policies or portion of this Handbook from time to time as it deems appropriate, in its sole and absolute discretion. The only exception to any changes is our employment-at-will policy permitting you or the Company to end our relationship for any reason at any time. Employees will, of course, be notified of such changes in the Handbook as they occur.

No one other than the Chairman and Chief Executive Officer of NetVersant Solutions may alter or modify any of the policies in this Handbook. No statement or promise by a supervisor, manager, department head, or any other employee may be interpreted as a change in policy nor will it constitute an agreement (express or implied), or any other form of obligation by the Company, with an employee.

We hope this Handbook will help you feel comfortable with us. We depend on you – your success is our success. Please do not hesitate to ask questions. Your immediate manager will gladly answer them. We believe you will enjoy your work and your fellow employees here. We also believe you will find NetVersant a good place to work.

### APPLICABILITY

This Employee Handbook applies to all employees of NetVersant, both salaried and hourly, management and non-management. To the extent that the provisions of this Handbook conflict with any collective bargaining agreement or individual written employee contract that is identified as such, the provisions of that agreement shall control and supersede the provisions of this Handbook.

To the extent that the law of the State in which you are employed conflicts with what has been set forth in this Handbook, that State law will be controlling. Any questions regarding the applicability of a State law that varies with provisions contained herein should be directed to your local HR Administrator or the Corporate Human Resources Department.

D00007

## Section 1 – Employment

General Provisions
>Anti-Harassment/Anti-Discrimination/Anti-Retaliation Policy
>At-Will Employment
>Drug-Free Workplace Policy
>Equal Employment Opportunity

Employment Classifications
>Full-Time Employees
>Part-Time Employees
>Temporary Employees
>Non-Exempt and Exempt Employees

Employment Policies
>Anniversary Date
>Conditions of Employment
>Confidential Information
>Customer & Public Relations
>Dress Code/Personal Appearance
>Employee Privacy
>Former Employees
>Hours of Work
>Immigration Law Compliance
>Internet, Electronic Mail & Voice Mail
>Introductory Period
>Minors
>Outside Employment
>Personnel Files
>Pre-employment Background Screening
>Relatives
>Workplace Violence

Standards of Conduct
>Absenteeism and Tardiness
>Attendance
>Discipline

D00008

# *GENERAL PROVISIONS*

## ANTI-HARASSMENT/ANTI-DISCRIMINATION/ANTI-RETALIATION POLICY

NetVersant is committed to providing a businesslike and professional work environment that is free of harassment, discrimination, and retaliation. NetVersant's policy prohibits sexual harassment and harassment, discrimination, or retaliation based on race, religion, creed, color, national origin, sex, gender, disability, ancestry, age, marital status, veteran status or any other basis protected by federal, state or local law or ordinance or regulation. All such harassment is a serious violation of Company policy and may be unlawful. Our policy applies to all persons involved in the operation of the Company and prohibits harassment by any employee of the Company, including supervisors and coworkers, as well as by any person doing business with or for NetVersant. Conduct of Company employees while performing their duties outside the workplace shall also be governed by this policy.

Prohibited harassment, discrimination, and retaliation includes, but is not limited to, the following behaviors:

- Verbal conduct such as epithets, derogatory jokes or comments, slurs or unwanted sexual advances;
- Visual conduct such as derogatory and/or sexually-oriented posters, photography, cartoons, drawings or gestures;
- Physical conduct such as assault, unwanted touching, blocking normal movement or interfering with work because of sex, race or any other protected basis;
- Threats and demands to submit to sexual requests as a condition of continued employment, or to avoid some other loss, and offers of employment benefits in return for sexual favors; and
- Retaliation for having reported, threatened to report, or participated in an investigation of harassment or discrimination.

Employees who believe that they have been harassed, discriminated, or retaliated against in violation of this policy must report their concern to their manager, or any other manager, as soon as possible after the incident. If an employee does not feel comfortable directing this report to his or her manager, the report may be directed to the local operating Company President or Corporate Vice President of Human Resources. The complaint should include details of the incident or incidents, names of the individuals involved and names of any witnesses. Managers will refer all harassment, discrimination, or retaliation complaints to the local operating Company President, or to the Corporate Vice President of Human Resources. The Company will immediately undertake an investigation of the harassment, discrimination, or retaliation allegations.

If the Company determines that prohibited harassment, discrimination, or retaliation in violation of this policy has occurred, effective remedial action will be taken in accordance with the circumstances involved. Any employee determined by the Company to have engaged in inappropriate conduct in violation of this policy will be subject to appropriate disciplinary action, up to and including termination. The complaining employee will be advised of the results of the investigation and the Company will take appropriate remedial action with respect to any loss to the employee that resulted from harassment or discrimination. The Company will not retaliate against employees for filing a complaint made in good faith, or participating in an investigation, and will not tolerate retaliation by management, employees or coworkers.

All employees must immediately report any incidents of harassment, discrimination, or retaliation forbidden by this policy so that such concerns can be quickly and fairly resolved. Any report of harassment, discrimination, or retaliation must be made in good faith.

D00009

## AT-WILL EMPLOYMENT

It is the policy of NetVersant that all employees who do not have a written employment agreement with the company for a specified, fixed term of employment are employed at the will of the Company for an indefinite period and are subject to termination at any time, for any reason, with or without cause or notice. Likewise, such employees may terminate their employment at any time and for any reason.

No Manager or Employee of the Company is authorized to modify this policy for any employee or to enter into any agreement, verbal or written, contrary to this policy. Supervisory and management personnel are not to make any representations to employees or applicants concerning the terms or conditions of employment with the Company that are not consistent with company policies. No statements made in pre-hire interviews or discussions, or in recruiting materials of any kind, are to alter the at-will nature of employment or imply that discharge will occur only for cause.

This policy may not be modified by any statements contained in this Handbook or any other employee handbooks, employment applications, company recruiting materials, company memoranda, or other materials provided to applicants and employees in connection with their employment. None of these documents, whether singly or combined, are to create an express or implied contract of employment for a definite period, nor an express or implied contract concerning any terms or conditions of employment. Similarly, company policies and practices with respect to any matter are not to be considered as creating any contractual obligation on the Company's part or as stating in any way that termination will occur only for "just cause". Statements of specific grounds for termination set forth in this handbook or in any other company documents are examples only, not all-inclusive lists, and are not intended to restrict the Company's right to terminate-at-will.

Completion of an Introductory Period or conferral of regular status does not change an employee's status as an employee-at-will or in any way restrict the Company's right to terminate such an employee or change the terms or conditions of employment.

The Chief Executive Officer of NetVersant Solutions, Inc. and the Corporate Secretary / General Counsel are the only officers authorized to enter into a written employment agreement on behalf of the Company with any employee.

## DRUG-FREE WORKPLACE POLICY

NetVersant has a vital interest in maintaining safe, healthful, and efficient working conditions for its employees. Being under any influence of an illegal drug or alcohol on the job may pose serious safety and health risks not only to the user, but to all those who work with the user, as well as our customers.

NetVersant also recognizes that its own health and future are dependent upon the physical and psychological health of its employees. Accordingly, NetVersant has established the following guidelines with regard to use, possession or sale of alcohol or drugs:

- NetVersant will maintain pre-employment screening practices designed to prevent hiring individuals who use illegal drugs or individuals whose use of legal drugs or alcohol demonstrates that the applicant is unable to perform the essential functions of the job with or without reasonable accommodation, or demonstrates that the individual poses a significant threat to the health and safety of the applicant or others.

- The manufacture, possession, use, distribution, sale, purchase, transfer of, or being under any influence of, alcohol or illegal drugs is strictly prohibited while on NetVersant premises or while performing Company business.

CN001-999 (5/29/2002)                    - 4 -

D00010

- Employees will not be permitted to work while under any influence of illegal drugs or alcohol. Individuals who appear to be unfit for duty may be subject to a medical evaluation, which may include drug or alcohol screening. Refusal to comply with a fitness-for-duty evaluation may result in disciplinary action up to and including dismissal.

- Employees will be tested following an on-the-job injury requiring treatment from a physician, or, following a serious or potentially serious accident or incident, including near misses, in which safety precautions were violated, unsafe instructions or orders were given, vehicles/equipment/property was damaged, or unusually careless acts were performed. Other individuals involved in the incident may also be subject to the drug testing requirements of this policy.

- NetVersant believes that random drug testing is an essential part of any program seeking to ensure a drug-free workplace. All employees are subject to random (irregular and unannounced) drug testing, as permitted by laws in your State.

- Off-the-job use of illegal drugs which could adversely affect an employee's performance or which could jeopardize the safety of other employees, the public or Company facilities, or where such usage could jeopardize the security of Company finances or business records, or where such usage adversely affects customers' or the public's trust in the ability of the Company to carry out its responsibilities, will not be tolerated. Employees who are convicted of a crime involving illegal drug activity will be considered in violation of this policy.

- Employees undergoing prescribed medical treatment with a controlled substance that may render them unable to perform the essential functions of the job with or without reasonable accommodation, or that may result in them posing a significant threat to the health and safety of the employee or others are required to report this to their manager.

- Employees have the right to request and receive the results of any substance test. All employee information relating to testing will be protected by the Company as confidential unless otherwise required by law or authorized in writing by the employee.

Any employee found in violation of this policy, or who refuses to submit to a drug or alcohol screening, will be removed from Company property or the job site and be subject to disciplinary action, up to and including termination of employment.

NetVersant recognizes that alcoholism/drug abuse may be a form of illness that is treatable in nature. The Company will not discriminate against employees based on their illness. No employees shall have their job security threatened by their seeking of assistance for a substance abuse problem. The same consideration for referral and treatment that is afforded to other employees having non-drug/alcohol related illnesses shall extend to them.

- Every effort shall be made to provide an early identification of a substance abuser, to work with and assist the employee in seeking and obtaining treatment without undue delay.

- Early identification of the substance abuser shall be based upon job performance and related criteria, as well as resulting impairment on the job from the job activities. The manager of the employee shall bring such information to the attention of the designated representative for further evaluation. An employee who voluntarily seeks treatment for a substance abuse problem, which requires a leave of absence consistent for treatment, shall be granted such leave of absence consistent with NetVersant's policies and procedures for other medical leaves of absence, and further shall be eligible for benefits under the specifications of the existing insurance plans.

D00011

Nothing in this policy is construed to prohibit the Company from fulfilling its goal of maintaining a safe and secure work environment for its employees or from invoking such disciplinary actions as may be deemed appropriate for actions of misconduct by virtue of their having arisen out of the use or abuse of alcohol or drugs or both.

## EQUAL EMPLOYMENT OPPORTUNITY

NetVersant maintains a policy of non-discrimination with all employees and applicants for employment. All aspects of employment with NetVersant will be governed on the basis of merit, competence and qualifications and will not be influenced in any manner by race, color, creed, religion, ancestry, sex, age, marital status, national origin, disability, veteran status or any other legally protected characteristic or status.

All decisions made with respect to recruiting, hiring and promotion for all job classifications will be based solely on individual qualifications related to the requirements of the position. Likewise, all other personnel matters such as compensation, benefits, transfers, reduction-in-force, training, education, and social/recreation programs will be administered free from any illegal discriminatory practices.

NetVersant is also committed to prohibiting discrimination against qualified individuals with disabilities in job application procedures, hiring, discharge, promotion, compensation, job training and other terms, conditions and privileges of employment. NetVersant will attempt to provide reasonable accommodation to qualified disabled applicants and employees so they can perform the essential functions of a job.

D00012

## EMPLOYMENT CLASSIFICATIONS

At the time you are hired, you are classified as a full-time, part-time or temporary employee and are also told whether you qualify for overtime pay. Unless otherwise specified, the benefits described in this Handbook apply only to full-time employees. All other policies described in this Handbook and communicated by NetVersant apply to all employees, with the exception of certain wage, salary and time off limitations applying only to "non-exempt" (see the definition that follows) employees. If you are unsure of which job classification your position fits into, please ask your immediate manager.

### FULL-TIME EMPLOYEES

An employee who has successfully completed the Introductory Period (see Employment Policies section for definition) of employment who works at least thirty (30) hours per week is considered a full-time employee.

### PART-TIME EMPLOYEES

An employee who works less than a regular thirty hour workweek is considered a part-time employee. If you are a part-time employee, you are not eligible for benefits described in this Handbook, except as granted on occasion, or to the extent required by provision of state and federal laws.

### TEMPORARY EMPLOYEES

From time to time, NetVersant may hire employees for specific periods of time or for the completion of a specific project. An employee hired under these conditions will be considered a temporary employee. The job assignment, work schedule and duration of the position will be determined on an individual basis.

Normally, a temporary position will not exceed 90 days in duration. Summer employees are considered temporary employees.

If you are a temporary employee, you are not eligible for benefits described in this Handbook, except as granted on occasion, or to the extent required by provision of state and federal laws.

### "NON-EXEMPT" AND "EXEMPT" EMPLOYEES

At the time you are hired, all employees are classified as either "exempt" or "non-exempt". This is necessary because, by law, employees in certain types of jobs are entitled to overtime pay. These employees are referred to as "non-exempt" in this Handbook. This means that they are not exempt from (and therefore should receive) overtime pay.

Exempt employees are managers, executives, supervisors, professional staff, certain specialized technical staff, outside sales representatives, officers, directors, and others whose duties and responsibilities allow them to be "exempt" from overtime pay provisions as provided by the Federal Fair Labor Standards Act (FLSA) and any applicable state laws. If you are an exempt employee, you will be advised that you are in this classification at the time you are hired, transferred or promoted.

D00013

## *EMPLOYMENT POLICIES*

Whether you are a new hire or a former employee returning to NetVersant, you may feel a little strange in your new surroundings. This is a normal feeling and is expected. Your fellow employees, especially your immediate manager, want to help you get off to a good start. Feel free to ask them for help concerning anything you do not understand.

One of the first things you should do is carefully read this Handbook. It is designed to answer many of your questions about the practices and policies of NetVersant, what you can expect from NetVersant, and what NetVersant expects of you.

### ANNIVERSARY DATE

The first day you report to work is your "official" anniversary date. Your anniversary date is used to compute various conditions and benefits described in this Handbook.

### CONDITIONS OF EMPLOYMENT

As a condition of employment, all NetVersant employees and/or potential employees must meet the following conditions:

- Complete a NetVersant approved application for employment
- Complete all required testing and/or evaluations
- Pass a background check and pre-employment drug screening
- Obtain favorable and verifiable professional references
- Obtain and maintain required licenses and certifications where applicable
- Establish the right to work in the U.S. by submitting the necessary documents
- Complete all employment documents (confidentiality agreement, etc.)
- Abide by Company established policies and procedures, including fleet and safety policies and practices

All offers of employment are contingent upon successful completion, passing and meeting of the above conditions.

### CONFIDENTIAL INFORMATION

Our customers and suppliers entrust us with important information relating to their businesses. The nature of this relationship requires maintenance of confidentiality. In safeguarding the information received, we earn the respect and further trust of our customers and suppliers.

Your employment with NetVersant assumes an obligation to maintain confidentiality, even after you leave our employ. To ensure the confidentiality of NetVersant's operations, you will be required to sign a confidentiality agreement.

Any violation of confidentiality seriously injures NetVersant's reputation and effectiveness. Therefore, please do not discuss NetVersant business with anyone who does not work for us, and never discuss business transactions with anyone who does not have a direct association with the transaction. Even casual remarks can be misinterpreted and repeated, so develop the personal discipline necessary to maintain confidentiality.

Because of its seriousness, disclosure of confidential information is subject to discipline of the employee making the disclosure. Discipline will be up to and including termination.

D00014

## CUSTOMER & PUBLIC RELATIONS

Our reputation has been built on excellent service and superior quality work. Maintaining this reputation requires the active participation of every employee.

The opinions and attitudes that customers have towards our Company may be determined for long periods of time by the actions of a single employee. It is sometimes easy to take a customer for granted. But, when we do, we not only run the risk of losing that customer, but losing his or her associates, friends, or family members as prospective customers.

Each employee must be sensitive to the importance of providing courteous treatment in all working relationships.

## DRESS CODE/PERSONAL APPEARANCE

Our client's satisfaction represents the most important and challenging aspect of our business. Whether or not your job responsibilities place you in direct client contact, you represent the Company in your appearance as well as your actions. The properly attired individual creates a favorable image of the Company to the public. Employees must abide by the following general guidelines:

- Office staff must dress in office styles appropriate to their job functions.
- Pants, shirts and shoes must be in good condition and not have any holes or be frayed.
- Hair must be kept at a reasonable length and be well groomed.
- Facial hair must be kept at a reasonable length and be well groomed.
- Jewelry must be discrete and tasteful. Visible body piercing jewelry (i.e., nose rings, eyelid piercing, tongue rings, etc.) is not allowed.

Each manager is responsible for establishing a reasonable dress code appropriate to the jobs performed in his or her department. If your immediate manager feels your attire is out of place, you may be asked to leave your workplace until you are properly attired. You will not be paid for time you are off the job for this purpose.

In addition to abiding by the above general dress policy, field technicians must wear Company-supplied shirts. Field technicians may also be required to wear work boots, if appropriate to the job site, and Company-supplied hard hats and safety glasses when required. If your job classification requires wearing work boots, or the use of hard hats and safety glasses, they should be in your possession at all times to avoid delays in reporting to the job site.

If you have any questions about Company dress policy, please contact your immediate manager or Human Resources.

## EMPLOYEE PRIVACY

The Company will make every good faith effort so as to not infringe on employee privacy and to adhere to statutes governing privacy. However, desks, offices, lockers, computers, e-mail, voice mail boxes, equipment and other spaces assigned to you are properties of NetVersant and are subject to searches by NetVersant and/or authorized individuals. NetVersant also reserves the right to conduct searches of any Company property or your personal property while on Company premises where the Company has reason to suspect employee wrongdoing or where the Company needs to locate work-related items in the employee's absence. These searches may take place either in or outside the presence of the affected employee. Authorizing and consenting to such searches is a condition of your employment.

D00015

## FORMER EMPLOYEES

Depending on the circumstances, NetVersant may consider a former employee for re-employment. Such applicants are subject to NetVersant's usual pre-employment procedures. To be considered, an applicant must be in good standing as determined by management at the time of rehire consideration.

## HOURS OF WORK

Generally, our regular office operating hours are 8 a.m. to 5 p.m. Monday through Friday. Local operating companies may establish different operating hours based on local business needs. Service hours are twenty-four (24) hours per day, 7 days per week.

Your particular hours of work and the scheduling of your lunch period will be determined and assigned by your immediate manager or team leader. Unless previously authorized to do so, you may not "work through lunch" in order to arrive late or to leave early or to work extra time.

## IMMIGRATION LAW COMPLIANCE

The 1986 Federal Immigration laws require all employers to verify the eligibility of employees not later than their third day of employment. You are required to complete Form I-9, which will be countersigned by the local HR Administrator who checks your documentation. The acceptable forms of documentation are listed on the form.

## INTERNET, ELECTRONIC MAIL AND VOICE MAIL POLICY

Computers, computer files, the e-mail system, and software furnished to employees are NetVersant property intended for business use. Employees should not use a password, access a file, or retrieve any stored communication without authorization. Employees may not access, review, or retrieve another employee's computer files, e-mail, or other electronically stored communications or information without prior authorization.

Messages should be limited to the conduct of business for the Company. Voice-mail, electronic mail, and the Internet may not be used for the conduct of personal business.

The Company strives to maintain a workplace free of harassment and sensitive to the diversity of the employees. Therefore, NetVersant prohibits the use of computers and the e-mail system in ways that are disruptive, offensive to others, harmful to morale, or that violate NetVersant's Anti-Harassment/Anti-Discrimination/Anti-Retaliation policy.

The Company purchases and licenses the use of various computer software for business purposes and does not own the copyright to this software or its related documentation. We do not have the right to reproduce such software for use on more than one computer.

Employees may only use software on local area networks or on multiple machines according to the software license agreement. Our policy prohibits the illegal duplication of software and its related documentation. Employees who violate this policy will be subject to disciplinary action, up to and including termination of employment.

## INTRODUCTORY PERIOD

Your first ninety (90) days of employment are considered an Introductory Period, and during that period you will not be entitled to benefits described in this Handbook unless otherwise required by law or plan documents. This Introductory Period will be a time for getting to know your fellow employees, your immediate manager and the tasks involved in your job position, as well as

D00016

becoming familiar with our products and services. Your immediate manager will work closely with you to help you understand the needs and processes of your job.

This Introductory Period is a try-out time for both you, as an employee, and NetVersant, as an employer. During this Introductory Period, your immediate manager will evaluate your suitability for employment, and you can evaluate NetVersant as well. At any time during this first ninety (90) days, you may resign without any detriment to your record. If, during this period, your work habits, attitude, attendance or performance do not measure up to our standards, we may release you.

Just prior to the end of the Introductory Period, your immediate manager will discuss your job performance with you. This review will be much the same as the normal job performance review that is held for regular full-time or part-time employees on an annual basis. During the course of this discussion, you are encouraged to give your comments and ideas as well.

*Your successful completion of this Introductory Period does not result in any change in the employment-at-will relationship described elsewhere in this Handbook.*

### MINORS

No person under the age of 16 will be hired in regular positions at NetVersant. Persons 14 or 15 years of age may be hired in temporary or casual positions during summer vacations only. However, minors under 16 will not be hired in temporary or casual positions that involve the use of power-driven machinery. Hiring of all persons under age 18 must comply with legal limitations on the employment of minors (including the number of hours of work per week), and valid working papers must be submitted and reviewed by the local HR Administrator before employment begins.

### OUTSIDE EMPLOYMENT

What you do on your free time is your own business. However, if you are employed in a full-time position, NetVersant will expect that your position here is your primary employment. Any outside activity must not interfere with your ability to properly perform your job duties at NetVersant.

If you are thinking of taking on a second job, you are to notify your manager immediately. He or she will thoroughly discuss this opportunity with you to make sure that it will not interfere with your job at NetVersant nor pose a conflict of interest.

You may not, however, take on another job with a customer or competitor of NetVersant that directly or indirectly competes with the sales of products or services that NetVersant provides its customers.

### PERSONNEL FILES

Keeping your personnel file up-to-date can be important to you with regard to pay, deductions, benefits and other matters. If you have a change in any personal information, please be sure to notify your manager or the local HR Administrator as soon as possible.

Since NetVersant refers to your personnel file when we need to make decisions in connection with promotions, transfers, layoffs and recalls, it's to your benefit to be sure your personnel file includes information about completion of educational or training courses, outside civic activities, and areas of interest and skills that may not be part of your current position here.

Personnel files are the property of the Company, and access to the information they contain is kept confidential and unauthorized access is restricted. Generally, only managers and

D00017

management personnel of the Company who have a legitimate business-related reason to review information in a file may do so.

Employee personnel files will not be made available to those outside the Company, unless written permission is obtained from the employee. Exceptions to this rule are as follows:

- Public information: specifically name, confirmation of employment, and position title

- Requests by Federal, State or local law enforcement agencies where expressly provided for by law

- Requests for information to protect the interest of the Company

You may see information that is kept in your own personnel file if you wish, and you may at your own expense request, and receive copies of your file. To view your personnel file, please contact your HR Administrator to make arrangements for viewing. You must review the file in the presence of an individual appointed by the Company to maintain the files. As a reminder, removal of any personnel records is strictly prohibited. However, if you feel that your personnel file contains information that adversely affects your employment status, you may ask to submit written documentation to be placed into your personnel file.

## PRE-EMPLOYMENT BACKGROUND SCREENING

To ensure that employees who join the team are well qualified and have strong potential to be productive and successful, it is the policy of NetVersant to conduct pre-employment background screening for every new employee.

## RELATIVES

If you and members of your immediate family are employed by NetVersant, one may not supervise the other nor may they work in the same department. If the employees are unable to develop a workable solution, management will decide which employee will be transferred in such situations. For purposes of this section, your immediate family includes your spouse, your children, your siblings, your parents, your grandparents, and your spouse's children, siblings, parents and grandparents.

## WORKPLACE VIOLENCE

NetVersant does not and will not tolerate violence of any form, whether verbal or physical, or any conduct that poses a threat to others in the workplace or interferes with the standard business operations of NetVersant. Violent conduct in the workplace, or outside the workplace that may interfere with our operations, will result in disciplinary action, up to and including dismissal. Violent conduct includes, but is not limited to, intimidating or threatening behavior, language, or written materials (including electronic transmissions) as well as physical acts of violence committed against persons or destructive acts against property.

Anyone witnessing or experiencing any form of violence is asked to report the incident to a manager or the local HR Administrator.

D00018

## STANDARDS OF CONDUCT

Whenever people gather together to achieve goals, some rules of conduct are needed to help everyone work together efficiently, effectively, and harmoniously. By accepting employment with us, you have a responsibility to NetVersant and to your fellow employees to adhere to certain rules of behavior and conduct. The purpose of these rules is not to restrict your rights, but rather to be certain that you understand what conduct is expected and necessary. When each person is aware that he or she can fully depend upon fellow employees to follow the rules of conduct, then our organization will be a better place to work for everyone.

### ABSENTEEISM AND TARDINESS

NetVersant is a service organization and our product is our people. Daily attendance and timeliness is vital to the success of the Company and required for your continued employment. We are, however, aware that emergencies and/or illnesses may arise. If you are unable to report to work, or if you will arrive late, please immediately phone the Operations Manager and the Site Manager for the jobsite to which you are assigned. Notifying the switchboard operator or a fellow employee or leaving a voice mail for your immediate manager is not sufficient.

Requesting and receiving approval for time off in advance will be noted as an "excused" absence. "Unexcused" absences, such as failure to report to work or call in, will fall under NetVersant's policy on attendance and excessive absenteeism and could result in disciplinary action, up to and including dismissal.

Any time that you are absent because of illness, your immediate manager may request that you submit written documentation from your doctor.

Subject to legal provisions to the contrary, if you are off work for more than six (6) months for any reason, including but not limited to injury, illness, sickness, or personal leave, you will be terminated.

### ATTENDANCE

You are expected to be at your work site and ready to work at the beginning of your assigned daily work hours, and you are expected to remain at your work site until the end of your assigned work hours, except for approved breaks and lunch. When your work takes you away from your work site, please let your immediate manager know where you are going and how long you expect to be gone.

In general, two (2) unexcused absences in a 90-day period, or a consistent pattern of absences (including "excused" absences) will be considered excessive, and the reasons for the absences may come under question. Tardiness or leaving early is as detrimental to NetVersant as an absence. Three (3) such incidents in a 90-day period will be considered a "tardiness pattern" and will carry the same weight as an absence. Other factors, like the degree of lateness, may be considered.

Absence from work for two (2) consecutive business days without notifying your immediate manager or the local HR Administrator will be considered a voluntary resignation.

### DISCIPLINE

NetVersant must retain the ability to discipline employees where it determines that such action is warranted by the circumstances. Although all employment relationships are terminable at will, and therefore employment can be terminated for any reasons and at any time, either at the employee's option or at the option of NetVersant, the Company may exercise its discretion to administer a system of progressive discipline in cases where it deems appropriate to do so.

D00019