That system may include various forms of discipline such as a verbal warning, one or more written notices, suspension and termination. However, progressive discipline is not mandatory or binding on NetVersant. The Company reserves the right, in its sole discretion, to deviate from any formal system of discipline.

The following conduct is prohibited and will not be tolerated by the Company. This list of prohibited conduct is illustrative and not all-inclusive. Other types of conduct that may be injurious to security, personal safety, employee welfare and the Company's operation may also be prohibited. All prohibited conduct will be subject to discipline up to and including immediate termination.

1.   Falsification of employment records, employment information or other Company records including employment applications.
2.   Recording the work time of another employee or allowing any other employee to record your work time, or allowing falsification of any time card, either your own or another employee's.
3.   Theft, deliberate or careless damage or destruction of any Company property or the property of any employee, customer, or third party.
4.   Removing or borrowing Company or customer property without prior authorization.
5.   Unauthorized use of Company or customer equipment, time, materials or facilities.
6.   Provoking a fight or fighting with employees, customers, or third parties during working hours or on Company property.
7.   Participating in horseplay or practical jokes on Company time or on Company premises.
8.   Carrying firearms or any other dangerous weapons on Company or customer premises at any time.
9.   Engaging in criminal conduct whether or not related to job performance.
10.  Causing, creating or participating in a disruption of any kind during working hours on Company or our customer's property.
11.  Insubordination, including, but not limited to failure or refusal to obey the orders or instructions of management, or the use of abusive or threatening language toward management, other employees, customers or third parties.
12.  Using abusive language at any time on Company or our customer's premises.
13.  Failure to notify your supervisor when unable to report to work.
14.  Failure to obtain permission to leave work for any reason during normal working hours.
15.  Failure to observe working schedules, including rest and lunch periods.
16.  Failure to provide a physician's certificate when requested or required to do so.
17.  Sleeping or malingering on the job.
18.  Receiving or placing an excessive amount of personal telephone calls during working hours, except in cases of emergency or extreme circumstances.
19.  Working overtime without authorization or refusing to work assigned overtime.
20.  Wearing extreme, unprofessional or inappropriate styles of dress, jewelry or hair while working.
21.  Violation of any safety, health, security or Company policy, rule or procedure.
22.  Committing a fraudulent act or a breach of trust under any circumstances.
23.  Unlawful harassment.
24.  Violation of established safety rules.
25.  Failure to notify management that a fellow employee is working under the influence of alcohol or non-prescribed drugs. All information will be held in the utmost confidence.
26.  Soliciting, recruiting or attempting to transact or transacting business of any type other than the business of the Company during work hours and/or on Company or our customer's premises.

This statement of prohibited conduct does not alter the Company's policy of at-will employment. Either you or the Company remain free to terminate the employment relationship at any time, with or without cause and with or without notice.

D00020

## Section 2 -- Compensation and Performance

Wage and Salary Policies
    Call Back Pay
    Compensation Reviews
    Deductions
    Errors in Pay
    Lunch Period and Rest Breaks
    Overtime Pay
    Pay Procedures
    Performance Management
    Termination & Severance Pay
    Time Cards/Records
    Wage Assignments (Garnishments)

D00021

## WAGE & SALARY POLICIES

It is NetVersant's desire to pay wages and salaries that are competitive with other employers in the marketplace in a way that will be motivational, fair and equitable, variable with individual and Company performance, and in compliance with all applicable statutory requirements.

You are employed by NetVersant and will be carried directly on the payroll. No person may be paid directly out of petty cash or any other such fund for work performed. The only exception to this policy is where a contract relationship exists with a bona fide contractor.

### CALL BACK PAY

Occasionally, you may be asked to return to work after you have left the premises for the day. If you are a nonexempt, hourly employee and this occurs, you will be guaranteed a minimum of two (2) hours of pay. If you work longer than two (2) hours, you will be paid for the time you actually work.

### COMPENSATION REVIEWS

Wage and salary increases are based on merit alone, not length of service or the cost-of-living. Any wage or salary increases will appear in the pay period ending after the dates they are granted. Wage and salary increases may be retroactive in the case of late reviews, at the discretion of the Company President.

### DEDUCTIONS

NetVersant is required by law to make certain deductions from your paycheck each time one is prepared. Among these are your federal, state and local income taxes and your contribution to Social Security as required by law. These deductions will be itemized on your check stub. The amount of the deductions may depend on your earnings and on the information you furnish on your W-4 form regarding the number of dependents or exemptions you claim.

It may be possible to make additional deductions from your paycheck, such as contributions to a 401k, contributions to a medical or dependent care plan, or to deposit your paycheck directly into your savings or checking account at a participating bank. Contact Human Resources for details and the necessary authorization forms.

### ERRORS IN PAY

Every effort is made to avoid errors in your paycheck. If you believe an error has been made, tell your immediate manager or local HR Administrator immediately. He or she will take the necessary steps to research the problem and to assure that any necessary correction is made properly and promptly.

### LUNCH PERIOD AND REST BREAKS

Your work schedule will be determined between you and your immediate manager. Please arrange with your immediate manager to take lunch and/or rest breaks at a time of convenience for you, your coworkers and your clients.

Unless previous authorized to do so by your immediate manager, you may not "work through" your lunch periods or rest breaks in order to arrive late or to leave early or to work extra time.

D00022

## OVERTIME PAY

From time to time it may be necessary for you to perform overtime work in order to complete a job on time. We hope to give you advance notice of overtime. However, because of the nature of your work and our reputation for service, our employees stand ready to work overtime when requested or required. Overtime is **not** an option. When a manager requests you to work overtime, you are expected to cooperate as a condition of your employment.

If you are a non-exempt employee and you perform overtime work, you will be paid one and one-half (1-1/2) times your regular hourly wage for hours worked in excess of forty (40) hours per week. If, during that week, you were away from the job because of a job-related injury, paid time off for bereavement, jury duty, vacation, or paid sick time, those hours will not be counted as hours worked for the purpose of computing eligibility for overtime pay. However, paid holidays are considered as "hours worked" for purposes of computing overtime pay.

Full-time non-exempt (hourly) employees who work on a scheduled Company holiday will receive the appropriate overtime rate for all hours worked on the holiday. In addition, they will receive their regular holiday pay for that day.

Your immediate manager must approve all overtime work by a non-exempt employee in advance. Because unauthorized overtime is against Company policy, employees who work unauthorized overtime are subject to disciplinary action, up to and including dismissal.

Exempt employees are paid a fixed salary that is intended to cover all of the compensation to which they are entitled. Because they are exempt, such employees are not entitled to additional compensation for extra hours of work or time off in lieu of additional compensation. NetVersant does not maintain any compensatory time off plan or arrangement.

## PAY PROCEDURES

Actual pay dates may vary depending upon local operating company payroll practices. You will learn about actual pay dates during orientation. If a normal payday falls on a weekend or holiday, pay will be distributed on the preceding workday.

We will not release your paycheck to anyone other than you or your manager, except with your written authorization. Paychecks may be distributed by your immediate manager, mailed to your home address, or deposited directly to the checking or savings account you specify. The distribution method is your choice and may be changed at any time. To make a change in the method that your paycheck is distributed to you, or to inquire about other options, see your immediate manager or Human Resources.

## PERFORMANCE MANAGEMENT

As a new employee, your progress will be continually reviewed during the Introductory Period. A formal evaluation of your progress will be made at the end of your Introductory Period. At that time, a decision will be made to offer you regular, full-time employment, extend the Introductory Period, or terminate your employment.

If you are offered full-time employment, your Manager will review your job performance immediately prior to completion of the Introductory Period. Thereafter, your Manager will review your job performance annually. Your performance review will be based on the job requirements specified in your job description, or advice given to you by Management to increase your efficiency, or on reasonable requests of your manager. Each formal appraisal will be shown to you and discussed in detail. The formal appraisals are also reviewed by Management and, when final, become a part of your official personnel file.

D00023

The work of all employees is also appraised informally by your manager on a continuing basis. This continuous appraisal, as well as your more formal evaluations, is based on the job requirements specified in your position description, on special objectives added during the period since your last evaluation, and other reasonable requests made by your manager. Your manager may suggest ways that you can improve the quality of your work or qualify for promotions. In fact, it is part of your manager's job responsibility to help you grow in your job.

## TERMINATION & SEVERANCE PAY

NetVersant does not pay severance pay. When you leave NetVersant, you will be paid for actual time worked, plus any earned but unused vacation time, as specified under "Vacations" located elsewhere in this Handbook.

## TIME CARDS/RECORDS

By law, we are obligated to keep accurate records of the time worked by non-exempt employees. This is done by time clock, time cards or other written documentation.

You are responsible for your time card. Remember to record your time and have your manager initial it. If you forget to punch in or make an error on your card, your manager must make the correction and you and your manager must initial the correction. You must also record your own time whenever you leave the work site for any reason other than for Company business.

Timecards are due on or before the designated time and date unless prior arrangements have been made with Payroll. Failure to submit time sheet(s) or failure to submit time in a timely manner may result in disciplinary action, up to and including dismissal.

All hours worked by a nonexempt employee must be recorded and reported by the employee under this policy. By signing the time card, you agree to the accuracy and truthfulness of the hours worked and consent to NetVersant's payment of those hours.

No one may record hours worked on another's time card. Tampering with another's time card is cause for disciplinary action, including possible dismissal, of both employees. Do not alter another person's record, or influence anyone else to alter your record for you. In the event of an error in recording your time, please report the matter to your manager immediately.

## WAGE ASSIGNMENTS (GARNISHMENTS)

We hope that you will manage your financial affairs so that we will not be obligated to execute any court-ordered wage assignment or garnishment against your wages. However, whenever court-ordered garnishments are to be taken from your paycheck, you will be notified about the order. NetVersant may withhold a processing fee from your wages, if permitted by law. Repeated garnishments are indications of financial irresponsibility and may be referred to the appropriate Human Resources Department for possible disciplinary action, up to and including termination.

D00024

**Section 3 – Benefits**

The Benefits Package
    Eligibility for Benefits

Paid Leaves of Absence
    Funeral (Bereavement) Leave
    Holidays
    Vacation

Unpaid Leaves of Absence
    Educational Leave of Absence
    Election Day
    Federal Family Medical Leave Act (FMLA)
    Jury Duty
    Military Leave
    Personal Leave of Absence

Insurance Coverages
    General Information
    Group Insurance
    Eligibility
    NetVersant Core Benefits Package
    Other Benefit Options
    Pretax Contribution Advantage
    Flexible Spending Accounts
    Termination of Insurance
    Benefits Continuation (COBRA)

Government Required Coverage
    Social Security
    Unemployment Compensation
    Workers' Compensation

Retirement
    401(k) Plan

Other Benefits
    Educational Assistance
    Education/Training (Attending Seminars/Training Sessions)

D00025

## *THE BENEFITS PACKAGE*

In addition to receiving what the Company believes to be a competitive salary and having an equal opportunity for professional development and advancement, you may be eligible to enjoy other benefits that will enhance your job satisfaction. Although it is our intention to provide a wide array of good benefits, the Company reserves the right to modify, amend, or terminate its welfare and retirement benefits as they apply to all current, former, and retired employees. The administrator of each benefit plan has the discretionary authority to determine eligibility for benefits and to construe the plan's terms.

### ELIGIBILITY FOR BENEFITS

If you are a full-time employee, you will enjoy all of the benefits described in this Handbook as soon as you meet the eligibility requirements for each particular benefit.

If you are a part-time employee, you will enjoy only those benefits required by law to be afforded to you, provided that you meet the minimum requirements set forth by law and in the benefit plan(s).

Temporary or casual employees are not eligible for benefits.

The specific plan documents of each welfare or retirement plan govern the rules of eligibility and your legal rights. The local HR Administrator is available to answer questions concerning benefits.

D00026

## PAID LEAVES OF ABSENCE

### FUNERAL (BEREAVEMENT) LEAVE

You are entitled to take up to three (3) workdays with pay to attend the funeral and take care of personal matters related to the death of a member of your immediate family. For the purposes of this policy, your immediate family includes your grandparent, parent, spouse, child, grandchild, and siblings, or your spouse's grandparent, parent, child, grandchild, and siblings.

Employees may also request up to one (1) day of unpaid leave to attend the funeral of a non-immediate family member. If you prefer, a day of earned vacation may be used for this purpose.

### HOLIDAYS

The Company allows eligible employees to receive time off with pay to observe certain nationally recognized holidays. Under normal circumstances, the Company will observe the following six (6) scheduled holidays:

> New Year's Day
> Memorial Day
> Independence Day
> Labor Day
> Thanksgiving Day
> Christmas Day

In addition to scheduled holidays, the Company President may designate up to two (2) floating holidays each calendar year. At the beginning of each calendar year, the Company President will publish a holiday calendar reflecting scheduled and designated floating holidays, if any.

Full-time regular employees are eligible for holiday pay. Hourly employees become eligible for paid holidays after completing their Introductory Period. Salaried employees may receive holiday pay immediately after joining the Company. Employees are not eligible to receive holiday pay while on an unpaid leave of absence or disciplinary suspension.

In order to reasonably accommodate the religious needs of employees, you may take time off without pay to observe religious holidays. Earned vacation, if available, may be taken for religious holiday observance. You must provide your immediate manager reasonable advanced notice so that another employee may be assigned, if required, to the work performed by you.

We schedule all national holidays on the day designated by common business practice. Holidays falling on Saturday will be observed on the preceding Friday, and those falling on Sunday will be observed on the following Monday, unless otherwise designated. A holiday occurring on a scheduled vacation day will not be charged to the vacation time but will be recorded as holiday time off. Your vacation may be extended an additional day, or you may choose to take the vacation day at a later time, with management approval.

In order to qualify for holiday pay, you must work the scheduled workday immediately before and after the holiday. Only excused absences will be considered exceptions to this policy.

Reasonable effort is made by the Company to avoid scheduling work on holidays. However, if you are required to work on a scheduled Company holiday, you will be paid the appropriate overtime rate for all hours worked on the holiday. In addition, you will receive their regular holiday pay for that day.

D00027

Paid time off for holidays will be counted as hours worked for the purposes of determining whether overtime pay is owed.

## VACATION

Vacation is a time for you to rest, relax, and pursue personal interests. NetVersant provides paid vacation as one of the many ways in which we show our appreciation for your loyalty and continued service.

The established vacation year is the calendar year, January 1 through December 31. Vacation hours are accrued based on your length of service.

Although you begin to accrue vacation on your Hire Date, you are not eligible to take vacation until after you have completed six months of service. During your first year of service, you accrue 3.34 hours per month for any full month of service, up to a maximum of 40 hours. If you leave NetVersant before you have completed six (6) months of continuous service, you forfeit all accrued vacation, unless forfeiture of vacation time is expressly prohibited by state law.

On January 1 following the completion of a full year of service, the following schedule applies:

| Years of Employment | Monthly Accrual (Hrs) | Total Accrual/Year (Days) |
|---|---|---|
| One (1) but less than five (5) | 6.67 | 10 |
| Five (5) but less than ten (10) | 10.00 | 15 |
| Ten (10) or more years | 13.34 | 20 |

Paid vacation time can be used in minimum increments of one-half day. To take vacation, you must request advance approval from your immediate manager. Every effort will be made to grant vacation leave at the time you desire. However, vacations cannot interfere with your team's operation. If any conflicts arise in requests for vacation time, preference will be given based on business needs and staffing requirements as determined by senior management.

Vacation must be taken within the calendar year in which it is accrued. Vacation cannot be held over or accumulated from one year to the next, except when vacation is postponed at the request of the Company. All requests to postpone vacation from one year to the next must be documented in writing and approved by the Company President. Any vacation allowance that has been approved for carryover must be used before March 31 of the following calendar year or it will be forfeited.

Generally, employees may not take vacation time before it has accrued. Employees who do will be asked to provide written authorization for the Company to deduct the used but unaccrued vacation pay from their final check in the event they leave before fully accruing vacation already taken. Upon termination, employees who have completed at least one year of continuous service will be paid for all accrued but unused vacation in accordance with state and local laws.

D00028

## UNPAID LEAVES OF ABSENCE

Occasionally, for medical, personal, or other reasons, you may need to be temporarily released from the duties of your job without pay. Under certain circumstances, you may be eligible for an unpaid leave of absence. There are several types of unpaid leaves available based on eligibility.

### EDUCATIONAL LEAVE OF ABSENCE

An educational leave of absence may be approved, at the sole discretion of the Company, if the desired curriculum is of mutual benefit to you and to NetVersant. Apply in the same manner as you would for a personal leave of absence.

### ELECTION DAY

The Company considers voting an employee's privilege and duty. Our scheduled work hours should permit adequate time to vote before or after normal working hours. If you are unable to vote during non-working hours because of your schedule, please contact your immediate manager to arrange for time off to vote.

### FEDERAL FAMILY MEDICAL LEAVE ACT (FMLA)

In compliance with federal law, the Company provides leaves of absence to eligible employees who want to take time off to fulfill family obligations relating directly to childbirth, adoption, or placement of a foster child; to care for a child, spouse or parent with a serious health condition; or for a serious health condition that makes you unable to perform your job.

Employees are eligible upon completion of 12 months of service and 1250 hours worked in the preceding 12-month period. Eligible employees should make requests for leave at least 30 days in advance of foreseeable events and as soon as possible for unforeseeable events. Reasonable advance notice is required, even in emergencies.

Employees requesting leave related to their own serious health condition or to the serious health condition of a child, spouse or parent will be required to have the health care provider complete a certification which verifies the need for leave, its beginning and expected end date, and the estimated time required. All employees on leave need to keep in contact with Human Resources regarding their status, and recertifications of the need for leave may be requested at reasonable intervals. Under certain circumstances, NetVersant may request a second or third medical opinion, at its expense, relating to an employee's medical certification of the need for a leave.

Employees are eligible for up to a maximum of 12 weeks of leave within the specified 12-month period. The 12-month period used to calculate the available amount of family and medical leave is a rolling 12-month period measured backward from the date an employee requests any family and medical leave. Employees using leave under this policy must first use any accrued paid vacation time, which time will count towards the 12-week maximum. Married employee couples are restricted to a combined total of 12 weeks leave within the 12-month period for childbirth, adoption, or placement of a foster child; or to care for a parent with a serious health condition.

The Company will maintain group health insurance coverage for employees on family and medical leave for up to a maximum of twelve (12) work weeks if such insurance was provided before the leave was taken, and on the same terms as if the employee had continued to work. In some instances, the Company may recover premiums it paid to maintain health coverage for employees who fail to return to work following family and medical leave. Benefit accruals, such as vacation or holiday benefits, will be suspended during the leave and will resume upon return to active employment.

D00029

When leave ends, employees will be required to submit to a fitness for duty certification prior to returning to work. If the employee returns to work after using no more than 12 weeks of leave allowed by this policy, the employee will be reinstated to the same position, if it is available, or to an equivalent position for which the employee is qualified. If an employee fails to report to work promptly at the end of the approved leave period, NetVersant will assume that the employee has voluntarily resigned.

For more information about your rights and obligations under the Family and Medical Leave Act of 1993 or to request family or medical leave, contact your local HR Administrator.

## JURY DUTY

It is your civic duty as a citizen to report for jury duty whenever called. If you are called for jury duty, we will permit you to take the necessary time off to serve. However, NetVersant does not compensate employees for time spent serving on jury duty. In accordance with Federal law, exempt, salaried employees who work any part of the workweek while also serving jury duty will be paid for the entire workweek.

## MILITARY LEAVE OF ABSENCE

Employees who serve in the U.S. military organizations or state militia groups may take the necessary time off without pay to fulfill this obligation, and will retain all their legal rights for continued employment under existing laws. These employees may apply accrued vacation time to the leave if they wish; however, they are not obligated to do so.

You are expected to notify your immediate manager as soon as you are aware of the dates you will be on duty so that arrangements can be made for replacement during this absence.

## PERSONAL LEAVE OF ABSENCE

In very special circumstances, NetVersant may grant a leave for a personal reason, but never for taking employment elsewhere or going into business for yourself. You should request an *unpaid* personal leave of absence from your immediate manager. Your immediate manager will submit your request to the appropriate member of management for final approval.

A personal leave of absence may be granted for up to thirty (30) days. If your leave is extended for more than thirty (30) days, vacation and other benefits will no longer continue to accrue. If you fail to return from an approved personal leave of absence at the time agreed, NetVersant will assume that you have voluntarily resigned.

If you accept any employment or go into business while on a leave of absence from NetVersant, you will be considered to have voluntarily resigned from employment with NetVersant as of the day on which you began your leave of absence.

D00030

## *INSURANCE COVERAGES*

### GENERAL INFORMATION

NetVersant has established a variety of benefit plans designed to assist you and your eligible dependents in meeting the financial burdens that can result from illness and disability, and to help you plan for retirement. This portion of the Handbook contains a general description of the benefits to which you may be eligible. Please understand that this general explanation is not intended to, and does not, provide you with all the details of these benefits. Therefore, this Handbook does not change or otherwise interpret the terms of the official plan documents. Your rights can be determined only by referring to the full text of the official plan documents, which are available for your examination from the local HR Administrator. To the extent that any of the information contained in this Handbook is inconsistent with the official plan documents, the provisions of the official documents will govern in all cases.

In addition, NetVersant fully expects these benefit plans to continue to be available to you and your eligible dependents, as appropriate. However, at any time without prior consent or approval of any person, NetVersant may unilaterally exercise (prospectively or, to the full extent permitted by applicable law, retroactively) its legal right to modify, replace or terminate any of these benefit plans that are provided for eligible participants (including, without limitation, active, retired or disabled employees) and their dependents.

For more complete information regarding any of our benefit programs, please refer to the policy certificates or the Summary Plan Description(s).

### GROUP INSURANCE

NetVersant believes that its employees deserve a complete benefits package – a package that demonstrates concern for the welfare of our workers, their dependents and their eventual survivors. We want you to be relieved of the worry and fear associated with possible financial disaster from unexpected or unplanned events.

The following benefits are offered to all eligible employees:

- ◆ NetVersant Core Benefits Package
- ◆ Dental Coverage
- ◆ Vision Care Program
- ◆ Voluntary Employee Life Insurance
- ◆ Voluntary Dependent Life Insurance
- ◆ Voluntary Accidental Death & Dismemberment Insurance

### ELIGIBILITY

The NetVersant benefits package is available to all full-time employees who work at least 30 hours per week. Full-time, salaried employees are eligible to participate in the program on their date of hire. Full-time, hourly employees are eligible to participate in the program on the 1st day of the month following 90 days of continuous service. Employees may choose to cover eligible dependents. For more information about eligibility, please refer to the benefits enrollment materials.

### NETVERSANT CORE BENEFITS PACKAGE

The core benefits package includes the following group insurance programs:

- ◆ Basic Life and AD&D Insurance
- ◆ Short-Term Disability Insurance

D00031

- ♦ Long-Term Disability Insurance
- ♦ A choice of 3 medical options

## Basic Life and AD&D Insurance

The basic life portion of the plan pays benefits if you die. The AD&D portion of the plan pays benefits if you die or are seriously injured as the result of an accident. If you die as a result of an accident, your beneficiary will receive benefits from both the Basic Life and AD&D portions of the plan. This plan provides $50,000 of life insurance and $50,000 of AD&D coverage.

## Short-Term Disability Insurance

Short-term disability is a core benefit that provides income replacement benefits in the event you become disabled or are unable to work. The plan provides a benefit equal to 60% of your base weekly salary, up to $600 per week to partially offset your loss of income. Short-term disability benefits begin on the first day of an accident or the eighth day of an illness. Eligible employees continue to receive weekly benefits for up to 26 weeks while disabled.

## Long-Term Disability Insurance

If you become totally disabled and cannot perform the main duties of your regular job, you can receive long-term disability benefits for up to two years. If the disability continues for more than two years and you are deemed to be unable to perform any occupation that you are reasonably suited to do by training, education and experience, your monthly benefit can continue up to age 65. The long-term disability benefits pay you 60% of your base monthly salary, up to $10,000 per month while disabled.

## Medical Coverage Options

For most people, medical benefits are the central focus of a benefits package. So that you can select the coverage that is right for you and your family, NetVersant offers three medical options. The choices for medical coverage are based on your home zip code. Depending on where you live, you can enroll in the:

- ♦ CIGNA Exclusive Provider Program (HMO)
- ♦ CIGNA Preferred Provider Program (PPO) – Option 1
- ♦ CIGNA Preferred Provider Program (PPO) – Option 2

Please refer to enrollment materials for a more detailed description of the medical plan options.

## OTHER BENEFIT OPTIONS

In addition to the core benefits package, you may elect to enroll in or waive coverage in one or more of the following voluntary programs. They include:

- ♦ A choice of two dental options
- ♦ Vision Care Program
- ♦ Voluntary Employee Life Insurance
- ♦ Voluntary Dependent Life Insurance
- ♦ Voluntary Accidental Death & Dismemberment Insurance

Information about these voluntary programs is included in enrollment materials provided at the time of eligibility.

D00032

## PRETAX CONTRIBUTION ADVANTAGE

One of the biggest advantages of the NetVersant benefits program is that your core benefits package, dental and vision care premiums are deducted from your paycheck on a pretax basis. When you pay for benefits with pretax dollars, you are actually reducing your taxable income. However, you are also reducing your wages that are subject to employment taxes. As a result, you may reduce any social security benefits that may be payable to you.

## FLEXIBLE SPENDING ACCOUNTS

Flexible spending accounts are designed to help you pay for certain health care and dependent day care expenses using tax-free dollars. We offer two Flexible Spending Accounts (FSAs) – the Medical Spending Account and the Dependent Day Care Spending Account.

You can contribute from $100 to $5,000 a year to the Medical Spending Account before taxes are deducted from your pay. When you have an eligible health care expense not covered by another plan, you can be reimbursed from your Medical Spending Account.

The Dependent Day Care Spending Account works much like the Medical Spending Account. You can contribute from $100 to $5,000 a year to this account. When you have an eligible dependent day care expense, you are reimbursed from your Dependent Day Care Spending Account with tax-free dollars.

For more detailed information about Flexible Spending Accounts, please refer to the Flexible Benefits Plan Summary Plan Description included in your benefits enrollment kit or contact your local HR Administrator.

## TERMINATION OF INSURANCE

Your insurance will terminate when the insurance policy terminates, when you fail to make an agreed contribution to premium when due, when you cease to be eligible for coverage under the terms of our group insurance program, or when you cease to be employed as a regular full-time employee eligible for the insurance. NetVersant may, by continuing to pay the premium, keep your insurance in effect for a brief period if you cease to be an eligible employee for any reason other than resignation, dismissal, or failure to meet the terms of eligibility of our group insurance program.

You and your eligible dependents may have the right to continued coverage under COBRA (Consolidated Omnibus Budget Reconciliation Act) for a limited period of time at your or their own expense. (This does not affect the conversion privilege as stated in the insurance policy.)

## BENEFITS CONTINUATION (COBRA)

In accordance with Federal law, most employers sponsoring group medical/dental plans are required to offer covered employees and their covered family members the opportunity for a temporary extension of medical/dental coverage, called continuation coverage, at group rates in certain instances where coverage under the plan would otherwise end. This notice is intended to inform you, in a summary fashion, of your rights and obligations under the continuation coverage provisions of the law.

As an employee of NetVersant, you may have the right to choose this continuation coverage if you lose your group medical/dental coverage because of a reduction in your hours of employment or the termination of your employment for any reason other than gross misconduct on your part.

The spouse or dependent child of an employee has the right to choose the continuation coverage under the Company's group medical/dental insurance plan under certain qualifying events.

D00033

Under the law, the employee or family member (including divorced spouses or dependent children) has the responsibility to inform NetVersant's Plan Administrator of a divorce, legal separation or a child losing dependent status under the Company's group medical/dental plan.

The Company has the responsibility to notify the Plan Administrator of the employee's death, termination of employment, reduction in hours or Medicare entitlement.

When the Plan Administrator is notified that one of these events has happened, it will in turn notify you that you have the right to choose continuation coverage. Under the law, you have at least 60 days from the date you lose coverage because of the events described above to inform the Plan Administrator that you want continuation coverage.

***If you do not choose continuation coverage, your group medical/dental insurance coverage will end.***

If you choose continuation coverage, NetVersant is required to provide you coverage, which, as of the time coverage is being provided, is identical to the coverage provided under the plan to similarly situated covered employees or their covered family members. The law requires that you be afforded the opportunity to maintain continuation coverage for 36 months unless you lost group medical/dental coverage because of termination of employment or reduction in hours. In that case, the required continuation coverage period is 18 months. However, the law also provides that your continuation coverage may be cut short for other reasons. See the Plan Administrator for details.

Under the law, you are responsible for the entire premium for your continuation coverage. The law also says that, at the end of the 18-month or 36-month continuation period, you must be allowed to enroll in an individual conversion medical plan provided under the Company's medical insurance plan at your own expense. This does not apply to dental insurance plans.

Additional information regarding COBRA coverage and cost as well as a summary of the highlights of the COBRA law, may be obtained from your local HR Administrator.

The Company will charge an administration fee up to 2% of your monthly premium for processing paperwork and administering payments. As a result, the cost of COBRA continuation coverage will be up to 102% of the cost of such coverage to the Company. In addition, the cost of such coverage will be up to 150% of the cost of such coverage to the Company during any period in which COBRA continuation coverage is extended (up to an additional 11 months for a total of up to 29 months of coverage) due to certain disabilities that are incurred and reported to the Company within certain time frames.

D00034

## GOVERNMENT REQUIRED COVERAGE

### SOCIAL SECURITY

The United States Government operates a system of contributory insurance known as Social Security. As a wage earner, you are required by law to contribute a set amount of your weekly wages to the trust fund from which benefits are paid. As your employer, NetVersant is required to deduct this amount from each paycheck you receive. In addition, NetVersant matches your contribution dollar for dollar, thereby paying one-half of the cost of your Social Security benefits.

### UNEMPLOYMENT COMPENSATION

NetVersant pays a percentage of its payroll to the Unemployment Compensation Fund according to NetVersant's employment history. If you become unemployed, you may be eligible for unemployment compensation, under certain conditions, for a limited period of time. Unemployment compensation provides temporary income for workers who have lost their jobs. To be eligible you must have earned a certain amount and you must be willing and able to work. You should apply for benefits through your local State Unemployment Office as soon as possible.

NetVersant pays the entire cost of this insurance.

### WORKERS' COMPENSATION

The Company provides a comprehensive workers' compensation program at no cost to employees. This program covers an injury or illness sustained in the course of employment that requires medical, surgical, or hospital treatment. Subject to applicable legal requirements, workers' compensation insurance provides benefits after a short waiting period or, if the employee is hospitalized, immediately.

Employees who sustain work-related injuries or illness must inform their manager immediately. No matter how minor an on-the-job injury may appear, it is important that it be reported immediately. This will enable an eligible employee to qualify for coverage as soon as possible.

D00035

## RETIREMENT

**401(K) PLAN**

Savings for your retirement is one of the most important financial decisions you can make. NetVersant is pleased to offer a salary savings benefit that will help you prepare for your financial future.

We offer a salary savings plan with provisions for employee and employer contributions. It is the type of plan commonly referred to as a 401(k) plan. You become eligible to participate after you have completed ninety (90) days of continuous service and have attained age 18.

As an eligible employee, you are able to make contributions to the plan through payroll deduction in amounts from 1% to 15% of your before-tax salary, up to the IRS maximum. In addition, rollovers from another employer's qualified retirement plan are accepted. NetVersant will help you by making periodic, discretionary contributions to the plan.

There are several great reasons to take advantage of the plan.

- Your contributions are deducted automatically from your paycheck making it easier to stick to a regular savings schedule.

- Your contributions are deducted from your pay on a **pre-tax** basis. This means that all federal and state taxes are calculated on what you make after your 401(k) contribution is deducted.

- NetVersant wants to help you build your retirement savings foundation. That's why we will make a 50% matching contribution on the first 6% of deferrals, up to a maximum of $2,000 per year.

- The money you put into your account – plus any investment earnings you make on that money – is always yours. In addition, after you have worked for NetVersant for at least four years, you will "own" all the money NetVersant puts in for you.

- Once every calendar quarter you are allowed to make changes to the way you save by raising or lowering the amount you save. If you wish to stop saving, you may do so at any time.

- You choose how to have the money in your account invested. You can put it all in one fund or split it among any of several available funds. Before deciding which funds best meet your needs, it is important to understand the various investment fund options and their associated risks.

- You have two ways to access your account – CIGNA's AnswerLine® or CIGNA'S AnswerNet®. Both give you easy, private access to your account, and are normally available 24 hours per day, 7 days per week. AnswerLine is a toll-free number (800-253-2287), and AnswerNet (www.cigna.com) allows you private, on-line access from your computer.

We hope you will take advantage of this part of your benefits package. More information including investment options and restrictions will be made available when you are eligible to enroll. For more information on NetVersant's 401(k) plan, contact your local HR Administrator. NetVersant fully expects that this plan will continue to be available to you. However, at any time without prior consent or approval of any person, NetVersant may unilaterally exercise its legal right to modify, replace, or terminate this plan.

D00036

## *OTHER BENEFITS*

**EDUCATIONAL ASSISTANCE**

We feel an individual who possesses a desire to continue their education, in addition to performing their full-time job, shows a commitment to improving themselves and their position within the Company. To encourage and reward these individuals, NetVersant offers an Education Assistance benefit.

Full-time employees, who are not part of a collective bargaining unit, are eligible for educational assistance provided they have completed one (1) year of continuous service on the date the course begins. To maintain eligibility, employees must remain on the active payroll and be performing their job satisfactorily through completion of each course.

Eligible employees must complete the standard NetVersant *Application for Educational Assistance – Form HR-021* and must receive approval before enrolling to be eligible for reimbursement under the program.

Reimbursement depends on course completion and final grade. NetVersant reimburses 100% of tuition and mandatory fees if a grade of "A" or "B" is received. A grade of "C" will be eligible for 75% reimbursement of tuition and mandatory fees. No reimbursement will be made for incomplete courses or for grades of "D" or "F". Reimbursement is limited to $1,000 per year for skills improvement courses and $2,500 per year for courses leading to an associate's degree, bachelor's degree, master's degree, or professional certification.

Employees who voluntarily leave the Company within one (1) year of completing the course(s) must reimburse NetVersant for any payments received under this program during the twelve (12) months preceding departure from the Company.

For more information about our educational assistance benefit or to obtain an application, please contact your immediate manager or the local HR Administrator.

**EDUCATION/TRAINING (ATTENDING SEMINARS/TRAINING SESSIONS)**

From time to time, NetVersant may arrange for you to attend formal and informal training programs to enable you to progress in your technical knowledge of our business. Several times a year, employees are selected to attend factory schools, workshops, or training programs. You will receive a normal paycheck while attending these schools or workshops. All or a portion of the expenses for off-premises training will be paid for by NetVersant depending on the nature of the course. Check with your immediate manager for details.

D00037

## Section 4 – Other Policies

Company Vehicles
  General Vehicle Guidelines
  Driver's License & Driving Record
  Use of Personal Vehicles on Company Business
  Vehicle Accidents
  Vehicle Parking
  Vehicle and Equipment Security
  Vehicle Use
  Violations

Other Policies
  Bulletin Boards
  Employee Referral/Recruitment Bonus
  Exit Interviews
  Gifts
  Managers
  Personal Phone Calls
  References
  Resignation
  Return of Company Property
  Solicitations & Distributions
  Suggestions
  Travel Expenses

D00038

## VEHICLE POLICIES

### GENERAL VEHICLE GUIDELINES

Company vehicles are a vital part of our business. They are the primary way the Company transports its service technicians and equipment from jobsite to jobsite. Additionally, while on the road, the vehicles project the Company's image. All employees assigned a Company vehicle must:

- Clean the vehicle of personal debris daily
- Check the oil, the tire pressure, and the level of other fluids at every fill-up
- Change the oil when requested by their manager and/or in conjunction with established routine maintenance programs
- Wash the vehicle every other week or sooner, if necessary
- Report any malfunction or body damage immediately to their manager
- Drive safely and within the speed limit
- Refrain from smoking, or permitting passengers to smoke, in Company vehicles
- Follow other written vehicle guidelines provided by management

Employees failing to abide by these requirements may be disciplined, up to and including dismissal.

### DRIVER'S LICENSE & DRIVING RECORD

All employees who drive Company vehicles, or who drive their personal vehicles on Company business, are required to have a valid driver's license. Any employee whose driver's license is suspended or revoked may be terminated. At least once per calendar year, the Company will check with the Department of Motor Vehicles to determine the driver's license status of all employees who drive Company vehicles or their personal vehicles on Company business.

A satisfactory driving record is a condition of employment for all employees who drive Company vehicles or who drive their personal vehicles on Company business. An unsatisfactory driving record may result in termination of employment or suspension of Company driving privileges. A conviction of any of the following offenses will result in an unsatisfactory driving record:

1. Driving under any influence of drugs or alcohol;
2. Reckless driving/speed contest;
3. One at-fault accident in the last three years; or
4. More than two occurrences in the last three years. "Occurrence" is defined as either an accident and/or violation of law. Drivers under the age of 21 cannot have more than one occurrence in the last three years.

Employees failing to abide by these requirements or who receive excessive driving complaints are subject to disciplinary action up to and including termination.

### USE OF PERSONAL VEHICLES ON COMPANY BUSINESS

You may be required to use your personal vehicle while performing regular or specifically assigned responsibilities. In those instances, you must:

1. Possess a valid State Driver's License
2. Possess a valid insurance policy on the vehicle which meets at a minimum the requirements of the State in which you operate the vehicle
3. Possess a valid registration and license for the vehicle
4. Comply with NetVersant's insurance requirements for operating personal vehicles while driving on Company business

D00039

5. Comply with all laws and regulations regarding the operation of a vehicle in the State, including any restrictions noted on your Driver's License.

## VEHICLE ACCIDENTS

Employees driving Company vehicles must notify their immediate manager immediately of any accident in or damage to the vehicle. If a law enforcement official finds an employee legally responsible for causing an accident with another vehicle or if an employee negligently damages a Company vehicle, his or her employment may be terminated.

## VEHICLE PARKING

The Company will pay for all vehicle parking that is required for business purposes. If you know you will need to pay to park, you may use petty cash. Otherwise employees will be reimbursed through normal Company reimbursement channels.

## VEHICLE AND EQUIPMENT SECURITY

All employees must lock Company vehicles while parked. In the evening, employees must remove all vendor equipment, test equipment or expensive tools from the vehicle and secure said items in a safe place. Employees failing to abide by this policy may be disciplined, up to and including dismissal.

## VEHICLE USE

Employees can use Company vehicles only for Company business. The personal use of Company vehicles by employees is not permitted and will result in termination.

## VIOLATIONS

Employees operating a Company vehicle will be responsible for all moving and parking violations, other than parking meter tickets, occurring during their use of the vehicle. Employees must pay all fines incurred. In case of a violation, the employee operating the vehicle must notify his or her manager immediately and give full details of the violation. NetVersant does not tolerate moving violations. Any moving violation in a Company vehicle may be grounds for immediate termination of employment or suspension of Company driving privileges.

D00004(

## OTHER POLICIES

### BULLETIN BOARDS

Bulletins (normally included in your check) and bulletin board(s) are our "official" way of keeping everyone informed about new policies, changes in procedures and special events. Information of general interest is posted regularly on the bulletin board. Please form the habit of reading the bulletin board regularly so that you will be familiar with the information posted on it.

Only authorized personnel are permitted to post, remove or alter any notice on the bulletin board. If you want to have notices posted on NetVersant's bulletin board, see your immediate manager for instructions.

### EMPLOYEE REFERRAL/RECRUITMENT BONUS

Open positions will be posted on our bulletin board. You are encouraged to recommend and refer qualified candidates for employment with the Company. If you know of someone who would like to work here, we will be glad to consider him or her for appropriate openings. Notify your immediate manager and be sure the individual mentions your name when contacting NetVersant.

Should your candidate be hired by NetVersant to fill a full-time position, and that person satisfactorily completes the Introductory Period, you may receive a cash bonus for a position referral. This bonus entitlement does not apply to individuals who are normally responsible for the recruiting and hiring functions, or to corporate executives.

### EXIT INTERVIEWS

In instances where an employee voluntarily leaves our employ, management would like to discuss your reasons for leaving and any other impressions that you may have about the Company. If you decide to leave, you will be asked to grant us the privilege of an exit interview. During the exit interview, you can express yourself freely. It is hoped that this exit interview will help us part friends, as well as provide insights into possible improvements we can make. All information will be kept strictly confidential to the extent possible.

### GIFTS

Advance approval from management is required before an employee may accept or solicit a gift of any kind from a customer, supplier or vendor representative. Employees are not permitted to give gifts to customers or suppliers, except for certain promotional items (t-shirts, coffee mugs, pens, key chains, etc.) imprinted with the Company logo or sales information.

### MANAGERS

Your immediate manager is the person on the management team who is closest to you and your work. Your day-to-day contact with your immediate manager gives you a chance to receive guidance and counsel regarding your assignments and the progress you make on your job.

Please get to know your immediate manager, and when you need help or have questions, complaints, problems, or suggestions, contact your manager first. He or she is interested in your success, the success of every member of your department, and the overall success of NetVersant.

### PERSONAL PHONE CALLS

The telephone system is to be used for business purposes only. Excessive personal use or long distance personal calls are strictly prohibited.

D00041

## REFERENCES

As an employee, do not under any circumstances respond to any requests for information regarding another employee. Anyone who receives an inquiry for references should direct the inquiry to Human Resources.

## RESIGNATION

While we hope both you and the Company will mutually benefit from your continued employment, we realize that it may become necessary for you to leave your job. If you anticipate having to resign your position, you are requested to notify your immediate manager at least two (2) weeks in advance of the date that you must leave.

## RETURN OF COMPANY PROPERTY

Any Company property issued to you, such as product samples, tools, uniforms, pagers, cellular phones, etc. must be returned to NetVersant at the time of your dismissal or resignation, or whenever your manager or a member of management requests it. You are responsible to pay for any lost or damaged items. The value of any property issued and not returned may be deducted from your paycheck, and you may be required to sign a wage deduction authorization for this purpose.

## SOLICITATIONS & DISTRIBUTIONS

Approaching fellow employees in the work place regarding activities, organizations or causes, regardless of how worthwhile, important or benevolent, can create unnecessary apprehension and pressures for fellow employees. Such conduct is inappropriate and unnecessary. The Company has established rules applicable to all employees that govern solicitation or distribution of written material during working time and entry onto the premises and work areas. All employees are expected to comply strictly with these Company rules.

- No employee shall solicit or promote support for any cause or organization during his or her working time or during the working time of the employee or employees at whom such activity is directed.
- No employee shall distribute or circulate any written or printed material in work areas at any time, or during his or her working time or during the working time of the employee or employees at whom such activity is directed.
- Under no circumstances will non-employees be permitted to solicit or to distribute written material for any purpose on Company property.

As used in this policy, "working time" includes all time for which an employee is paid and/or is scheduled to be performing services for the Company; it does not include break periods, meal periods, or periods in which an employee is not and is not scheduled to be performing services or work for the Company.

## SUGGESTIONS

We encourage all employees to bring forward their suggestions and good ideas about how our Company can be made a better place to work, our products improved, and our service to our customers enhanced. When you see an opportunity for improvement, please talk it over with your immediate manager. He or she can help you bring your idea to the attention of the people in the Company who will be responsible for possibly implementing it.

All suggestions are valued and listened to. When a suggestion from an employee has particular merit, we provide for special recognition of the individual(s) who had the idea.

D00042

**TRAVEL EXPENSES**

NetVersant reimburses employees for legitimate travel expenses incurred while on Company business.   Travel expenses may include meals, transportation and accommodations.     All employees are expected to comply with NetVersant's Expense Reimbursement Policy that defines the Company's policies governing the use of expense reports and the reimbursement of approved expenses.  Specific information about the NetVersant Expense Reimbursement Policy is available from your Immediate Manager.

D00043

## Section 5 – Safety and Security

Safety Policies
> General Safety Rules
> Fires and Emergencies
> Good Housekeeping
> Hazard Communications
> Reporting Accidents and Injuries
> Security
> Smoking
> Visitors

D00044

## *SAFETY POLICIES*

### GENERAL SAFETY RULES

NetVersant makes every effort to provide safe working conditions for our employees. Safety is the responsibility of every employee. You can help by keeping your own work area clean and reporting any unsafe equipment or jobsite hazard to your supervisor. If you do not know the safe method for performing a task, ask a fellow employee or your immediate manager for assistance.

Compliance with all safety rules, policies, and procedures is required. Horseplay and other misconduct that compromises safety is strictly prohibited. Disciplinary action may be used to ensure that employees follow safe work practices. If unsafe work practices are observed, employees may be subject to appropriate disciplinary action, up to and including termination. Violations of safety rules will be viewed in the context of the employee's total disciplinary history.

### FIRES AND EMERGENCIES

In case of a fire or similar emergency, CALL 911 IMMEDIATELY, and alert a member of management.

Our facility has an emergency procedure to follow in the event of a fire or disaster. Your manager will instruct you about our emergency procedure. Emergency exits, fire extinguishers, and first aid kits are conspicuously located and readily accessible throughout the office along normal paths of travel. You should familiarize yourself with their location and with proper procedures for using them, should the need arise.

### GOOD HOUSEKEEPING

Good work habits and a neat place to work are essential for job safety and efficiency. You are expected to keep your place of work organized and materials in good order at all times. Report anything that needs repair or replacement to your immediate manager.

### HAZARD COMMUNICATIONS

NetVersant is firmly committed to providing all of our employees with a safe and healthful work environment. It is a matter of Company policy to provide our employees with information about hazardous chemicals on the jobsite through the Hazard Communications Program; which includes container labeling, chemical lists, Material Safety Data Sheets (MSDSs), and employee information and training. Copies of the Hazard Communications Program are available to employees at each location, and where practicable, MSDSs will be carried in each Project Manager's vehicle.

### REPORTING ACCIDENTS AND INJURIES

All work-related accidents, injuries or illnesses, no matter how minor, must be reported to your manager immediately. This is for your protection in case medical attention is necessary or in the event of some future complication caused by the accident.

If first aid is necessary, your immediate manager will instruct you as to what you need to do. The proper treatment will be obtained for all injuries that require professional medical care.

It is the policy of NetVersant to require that all employees submit to a drug and alcohol test after an on-the-job accident or injury. NetVersant will pay for the drug test and the results will be kept strictly confidential. NetVersant has a "zero tolerance" policy and requires a negative result on drug tests administered in connection with testing after all work-related accidents and injuries.

The injured employee's supervisor or another designated member of management will investigate all injuries immediately. If it is determined that an employee committed a safety violation in

D00045

connection with an injury, this fact will be noted in the employee's file. NetVersant takes safety violations very seriously. Employees who violate the Company's safety rules will be subject to discipline up to and including termination.

## SECURITY

Maintaining the security of NetVersant buildings and vehicles is every employee's responsibility. Develop habits that ensure security as a matter of course. For example, when you leave NetVersant's premises make sure that all entrances are properly locked and secured.

## SMOKING

We have established our facilities, business and project sites as a smoke-free workplace. Company vehicles are considered to be extensions of our physical facilities and smoking in Company vehicles is prohibited.

## VISITORS

Our insurance coverage and good common sense prohibits unescorted visitors in our facilities. Visitors are not permitted on NetVersant property without prior permission from your manager; no visitors are permitted in working areas. If you are expecting visitors, please request permission from your manager and ask your visitors to see your manager when they arrive. All visitors are required to sign-in at the time of arrival.

D00046



NETVERSANT SOLUTIONS, INC.

D00047