# EXHIBIT -20

1  MICHELLE B. HEVERLY, Bar No. 178660
   MICHAEL W. WARREN, Bar No. 223642
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 14th Floor
   San Jose, CA  95113.2303
4  Telephone:    408.998.4150

5  Attorneys for Defendants
   NETVERSANT - NATIONAL, INC., PETER
6  WAINWRIGHT

ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

MAR 0 9 2007

GORDON PARK-LI, CLERK
BY: _____
                Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| MICHAEL CAVA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NETVERSANT - NATIONAL, INC., a Delaware corporation, dba NETVERSANT - SAN FRANCISCO, aka NETVERSANT; PETER WAINWRIGHT, an individual; and DOES 1 through 40, inclusive,<br><br>　　　　　Defendants. | Case No.  CGC-06-453469<br><br>**PROOF OF SERVICE**<br><br>Date:　　May 23, 2007<br>Time:　　9:30 a.m.<br>Dept:　　301<br>Judge:　Hon. Peter Busch |

LITTLER MENDELSON
PROFESSIONAL CORPORATION
West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

Case No. CGC-06-453469
PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 5827 Killarney Circle, San Jose, California 95138. On March 9, 2007, I served the within document(s):

      DEFENDANTS PETER WAINWRIGHT AND NETVERSANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES

      DEFENDANTS PETER WAINWRIGHT AND NETVERSANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF ISSUES

      SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS AND REFERENCE TO SUPPORTING EVIDENCE IN SUPPORT OF DEFENDANTS PETER WAINWRIGHT AND NETVERSANT'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES

      DECLARATION OF MICHELLE B. HEVERLY IN SUPPORT OF DEFENDANTS PETER WAINWRIGHT AND NETVERSANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

☐   by facsimile transmission at or about 4:00 P.M. on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 408.288.5686. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☐   by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Jose, California addressed as set forth below.

☐   by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☒   by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Daniel P. Iannitelli                 (Plaintiff's Attorney)
Fotouhi, Epps, Hillger & Gilroy LLP
160 Pine Street, Suite 710
San Francisco, CA 94111
Fax: (415) 358-5521

LITTLER MENDELSON
PROFESSIONAL CORPORATION
West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

2.                 Case No. CGC-06-453469

PROOF OF SERVICE

1   I am readily familiar with the firm's practice of collection and processing
2   correspondence for mailing and for shipping via overnight delivery service. Under that practice it
3   would be deposited with the U.S. Postal Service or if an overnight delivery service shipment,
4   deposited in an overnight delivery service pick-up box or office on the same day with postage or fees
5   thereon fully prepaid in the ordinary course of business.
6   I declare under penalty of perjury under the laws of the State of California that the
7   above is true and correct. Executed on March 7, 2007, at San Jose, California.

*[signature]*

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

3.    Case No. CGC-06-453469
PROOF OF SERVICE