1  MICHELLE B. HEVERLY, Bar No. 178660
   MICHAEL W. WARREN, Bar No. 223642
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 14th Floor
   San Jose, CA 95113.2303
4  Telephone:    408.998.4150
   Fax:          408.288.5686
5  Email:        mheverly@littler.com
   Email:        mwarren@littler.com
6
   Attorneys for Defendants
7  NETVERSANT - NATIONAL, INC., AND PETER
   WAINWRIGHT
8

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13
   MICHAEL CAVA,                          Case No.
14
              Plaintiff,                  **DEFENDANTS' CERTIFICATION OF**
15                                        **INTERESTED ENTITIES OR PERSONS**
        v.
16                                        **[Local Rule 3-16]**
   NETVERSANT - NATIONAL, INC., a
17 Delaware corporation, dba
   NETVERSANT - SAN FRANCISCO, aka
18 NETVERSANT; PETER WAINWRIGHT,
   an individual; and DOES 1 through 40,
19 inclusive.

20            Defendants.

21

22

23        Defendants NetVersant – National, Inc., and Peter Wainwright submit the following

24 Certification of Interested Entities or Persons pursuant to United States District Court for the

25 Northern District of California, Local Rule 3-16:

26 ///

27 ///

28 ///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

**DEFENDANTS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS**

1 | Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other
2 | than the named parties, there is no such interest to report.
3 | Dated: June 19, 2007

*[signature]*

MICHELLE B. HEVERLY
MICHAEL W. WARREN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
NETVERSANT - NATIONAL, INC., AND
PETER WAINWRIGHT

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998.4150

2.

DEFENDANTS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

## PROOF OF SERVICE BY MAIL

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 19, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**CERTIFICATE OF INTERESTED ENTITIES / PERSONS**

in a sealed envelope, postage fully paid, addressed as follows:

Daniel P. Iannitelli
Fotouhi, Epps, Hillger & Gilroy
160 Pine Street, Suite 710
San Francisco, CA 94111
Phone: (415) 362-9300
Fax: (415) 358-5521

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 19, 2007, at San Jose, California.

*Suzanne Barnes*
Suzanne Barnes

Firmwide:82623176.1 037665.1017

3.