```
MICHELLE B. HEVERLY, Bar No. 178660
MICHAEL W. WARREN, Bar No. 223642
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150
Fax:          408.288.5686
Email:        mheverly@littler.com
Email:        mwarren@littler.com
```

Attorneys for Defendants
NETVERSANT - NATIONAL, INC., AND PETER WAINWRIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CAVA,<br><br>Plaintiff,<br><br>v.<br><br>NETVERSANT - NATIONAL, INC., a Delaware corporation, dba NETVERSANT - SAN FRANCISCO, aka NETVERSANT; PETER WAINWRIGHT, an individual; and DOES 1 through 40, inclusive.<br><br>Defendants. | Case No. 3:07-CV-3224 EMC [E-Filing]<br><br>**NOTICE OF FILING REMOVAL** |

TO: PLAINTIFF MICHAEL CAVA AND HIS ATTORNEY OF RECORD

NOTICE IS HEREBY GIVEN that NETVERSANT – NATIONAL, INC., and PETER WAINWRIGHT Defendants in Action No. CGC-06-453469, Superior Court of the State of California, County of San Francisco, have filed in the United States District Court, Northern District

///

///

///

Case No. 3:07-CV-3224 EMC [E-FILING]          NOTICE OF FILING REMOVAL

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

1  of California, San Francisco Division, a Notice of Removal of Civil Action pursuant to 28 U.S.C.
2  sections 1332, 1441 and 1446.
3  Dated: June 21, 2007

_____
MICHELLE B. HEVERLY
MICHAEL W. WARREN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
NETVERSANT - NATIONAL, INC., AND
PETER WAINWRIGHT

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Case No. 3:07-CV-3224 EMC [E-FILING]    2.    NOTICE OF FILING REMOVAL

## PROOF OF SERVICE BY MAIL

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 21, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

in a sealed envelope, postage fully paid, addressed as follows:

Daniel P. Iannitelli
Fotouhi, Epps, Hillger & Gilroy LLP
160 Pine Street, Suite 710
San Francisco, CA 94111

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 21, 2007, at San Jose, California.

*Suzanne Barnes*
Suzanne Barnes

Firmwide:82623269.1 037665.1017

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Case No. 3:07-CV-3224 EMC [E-FILING]   3.   NOTICE OF FILING REMOVAL