1  MICHELLE B. HEVERLY, Bar No. 178660
   MICHAEL W. WARREN, Bar No. 223642
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 14th Floor
   San Jose, CA  95113.2303
4  Telephone:      408.998.4150
   Fax:            408.288.5686
5  Email:          mheverly@littler.com
   Email:          mwarren@littler.com
6
   Attorneys for Defendants
7  NETVERSANT - NATIONAL, INC., AND PETER
   WAINWRIGHT
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13
    MICHAEL CAVA,                        Case No. 3:07-CV-3224 EMC [E-Filing]
14
                  Plaintiff,             **CERTIFICATE OF SERVICE OF NOTICE
15                                        TO STATE COURT AND ADVERSE
           v.                             PARTY OF REMOVAL TO FEDERAL
16                                        COURT**
    NETVERSANT - NATIONAL, INC., a
17  Delaware corporation, dba
    NETVERSANT - SAN FRANCISCO, aka
18  NETVERSANT; PETER WAINWRIGHT,
    an individual; and DOES 1 through 40,
19  inclusive,

20                Defendants.

21

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113 2303
408.998 4150

**Case No. 3:07-CV-3224 EMC [E-FILING]**                    **CERTIFICATE OF SERVICE OF NOTICE TO
                                                            STATE COURT AND ADVERSE PARTY OF
                                                            REMOVAL TO FEDERAL COURT**

1    I, Suzanne M. Barnes, certify and declare as follows:

2    I am a resident of the State of California, over the age of eighteen years, and not a party to

3    the within action. My business address is 50 West San Fernando Street, 14th Floor, San Jose,

4    California 95113-2303. On June 19, 2007, I served a copy of the Notice to State Court and Adverse

5    Party of Removal of Civil Action to Federal Court and the Certificate of Interested Parties to the

6    person(s) at the address(es) set forth below:

7    Daniel P. Iannitelli
     Fotouhi, Epps, Hillger & Gilroy LLP
8    160 Pine Street, Suite 710
     San Francisco, CA 94111
9

10    I declare under penalty of perjury under the laws of the State of California that the above is

11    true and correct. Executed on June 21, 2007.

12

13                                        _Suzanne Barnes_
                                          Suzanne M. Barnes

14

15    Firmwide:82661024.1 037665.1017

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408.998.4150

Case No. 3:07-CV-3224 EMC [E-FILING]        2.        CERTIFICATE OF SERVICE OF NOTICE TO
                                                      STATE COURT AND ADVERSE PARTY OF
                                                      REMOVAL TO FEDERAL COURT