MICHELLE B. HEVERLY, Bar No. 178660
MICHAEL W. WARREN, Bar No. 223642
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA  95113.2303
Telephone:     408.998.4150
Fax:               408.288.5686
Email:             mheverly@littler.com
Email:             mwarren@littler.com

Attorneys for Defendants
NETVERSANT - NATIONAL, INC., AND PETER WAINWRIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CAVA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NETVERSANT - NATIONAL, INC., a Delaware corporation, dba NETVERSANT - SAN FRANCISCO, aka NETVERSANT; PETER WAINWRIGHT, an individual; and DOES 1 through 40, inclusive.<br><br>　　　　　Defendants. | Case No. 3:07-CV-3224 EMC [E-Filing]<br><br>**PROOF OF SERVICE BY MAIL** |

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

Case No. 3:07-CV-3224 EMC [E-FILING]                              PROOF OF SERVICE BY MAIL

1  I, Suzanne M. Barnes, certify and declare as follows:

2      I am a resident of the State of California, over the age of eighteen years, and not a party to
3  the within action. My business address is 50 West San Fernando Street, 14th Floor, San Jose,
4  California 95113-2303. I am readily familiar with this firm's practice for collection and processing
5  of correspondence for mailing with the United States Postal Service. On June 21, 2007, I placed
6  with this firm at the above address for deposit with the United States Postal Service a true and
7  correct copy of the within documents:

8    1.    **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

9    2.    **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

10  3.    **JUDGE EDWARD M. CHEN'S STANDING ORDERS**

11  4.    **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

12  5.    **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**

15  In a sealed envelope, postage fully paid, addressed as follows:

16  Daniel P. Iannitelli
    Fotouhi, Epps, Hillger & Gilroy LLP
17  160 Pine Street, Suite 710
    San Francisco, CA 94111

19      I declare under penalty of perjury under the laws of the State of California that the above is
20  true and correct. Executed on June 21, 2007.

                                                          *Suzanne M. Barnes*
                                                          Suzanne M. Barnes

23  Firmwide:82663576.1 037665.1017

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150