Shahab E. Fotouhi - 168301
Daniel P. Iannitelli -  203388
FOTOUHI • EPPS • HILLGER • GILROY LLP
160 Pine Street, Suite 710
San Francisco, CA 94111
Tel:     415.362.9300
Fax:    415.358.5521
Email: sfotouhi@fe-law.com
Email: diannitelli@fe-law.com

Attorneys for Plaintiff
MICHAEL CAVA

UNITED STATE DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CAVA, <br><br>            Plaintiff, <br>vs. <br><br>NETVERSANT - NATIONAL, INC., a Delaware corporation, dba NETVERSANT - SAN FRANCISCO, aka NETVERSANT; PETER WAINWRIGHT, an individual; and DOES 1 through 40, inclusive, <br><br>            Defendants. | No. C  07-03224   EMC <br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** <br><br>**[FRCP 38]** |

**NOTICE TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

        Plaintiff  hereby demands a trial by jury on all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure, subject to Plaintiff's Motion to Remand to State Court to be filed.

Dated:  June 29, 2007                          FOTOUHI • EPPS • HILLGER • GILROY LLP


                                                    By: _____
                                                          Daniel P. Iannitelli
                                                          Attorneys for Plaintiff
                                                          Michael Cava