Shahab E. Fotouhi - 168301
Daniel P. Iannitelli -  203388
FOTOUHI • EPPS • HILLGER • GILROY LLP
160 Pine Street, Suite 710
San Francisco, CA 94111
Tel:    415.362.9300
Fax:    415.358.5521
Email: sfotouhi@fe-law.com
Email: diannitelli@fe-law.com

Attorneys for Plaintiff
MICHAEL CAVA

UNITED STATE DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CAVA, | No.  C  07-03224    EMC |
| Plaintiff, | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| NETVERSANT - NATIONAL, INC., a Delaware corporation, dba NETVERSANT - SAN FRANCISCO, aka NETVERSANT; PETER WAINWRIGHT, an individual; and DOES 1 through 40, inclusive, | [Local Rule 3-16] |
| Defendants. | |

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there are no other interests to report.

Dated:  June 29, 2007                    FOTOUHI • EPPS • HILLGER • GILROY LLP

By: _____
          Daniel P. Iannitelli
          Attorneys for Plaintiff
          Michael Cava