1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              NORTHER DISTRICT OF CALIFORNIA
10                                   SAN FRANCISCO DIVISION

11  MICHAEL CAVA,                                )   No. C 07-03224 EMC
                                                 )
12            Plaintiff,                         )   **[PROPOSED] ORDER GRANTING**
    vs.                                          )   **PLAINTIFF'S MOTION TO REMAND**
13                                               )
    NETVERSANT - NATIONAL, INC., a               )
14  Delaware corporation, dba NETVERSANT         )
    - SAN FRANCISCO, aka NETVERSANT;             )
15  PETER WAINWRIGHT, an individual; and         )
    DOES 1 through 40, inclusive,                )
16                                               )
              Defendants.                        )
17  _____        )

18         Plaintiff Motion to Remand to State Court came on regularly for hearing before the Honorable

19  Edward M. Chen, on September 12, 20076, at 10:30 a.m. Michelle B. Heverly appearing on behalf of

20  defendants Netversant-National, Inc. and Peter Wainwright ("Defendants") and Daniel P. Iannitelli

21  appearing on behalf of plaintiff Michael Cava ("Plaintiff").

22         After full consideration of the evidence, the written and oral submissions by the parties, the

23  Court finds the Defendants' Notice of Removal is untimely as it was filed more than 30 days after

24  Defendants' receipt of documents in this matter placing them on notice of the facts on which the Notice

25  of Removal asserts provides this Court with subject matter jurisdiction. The Court further finds that

26  Defendant's have failed to meet their burden to establish the joinder of defendant Peter Wainwright was

27  a fraudulent joinder.

28  //

1    THEREFORE, IT IS ORDERED that Plaintiff Michael Cava's Motion to Remand is
2 GRANTED.
3    IT IS FURTHER ORDERED that the case is REMANDED to the Superior Court of the State of
4 California, County of San Francisco.
5    IT IS FURTHER ORDERED that the Clerk take all necessary stepts to effectuate the remand
6 promptly.
7    SO ORDERED.

9    Date: _____           _____
                                      HON. EDWARD M. CHEN