Shahab E. Fotouhi - 168301
Daniel P. Iannitelli - 203388
FOTOUHI • EPPS • HILLGER • GILROY LLP
160 Pine Street, Suite 710
San Francisco, CA 94111
Tel:   415.362.9300
Fax:  415.358.5521
Email: sfotouhi@fe-law.com
Email: diannitelli@fe-law.com

Attorneys for Plaintiff
MICHAEL CAVA

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL CAVA,<br><br>　　　　Plaintiff,<br>vs.<br><br>NETVERSANT - NATIONAL, INC., a Delaware corporation, dba NETVERSANT - SAN FRANCISCO, aka NETVERSANT; PETER WAINWRIGHT, an individual; and DOES 1 through 40, inclusive,<br><br>　　　　Defendants. | No. C 07-03224 SBA<br><br>**PLAINTIFF'S RE-NOTICE OF MOTION TO REMAND** |

**NOTICE TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that, in light of the reassignment of this matter, on October 2, 2007, at 1:00 p.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Saundra Brown Armstrong, Courtroom 3 of the United States Courthouse, 1301 Clay Street. 3rd Floor, Oakland, California, Plaintiff Michael Cava will and hereby does move to Remand the instant action to state court.

This motion is brought pursuant to 28 U.S.C. § 1447(c) based on the grounds that (1) Defendants Notice of Removal is defective, and (2) that this court lacks subject matter jurisdiction.  Specifically, defendants Notice of Removal is untimely and contains other defects. Furthermore, defendants cannot establish subjected matter jurisdiction as there is no evidence of a fraudulent joinder of a non-diverse defendant.

1  This Motion is based on this Re-Notice of Motion, the Memorandum of Points and Authorities attached to the original Notice of Motion and Motion to Remand, filed on July 19, 2007, and the Declaration of Daniel P. Iannitelli in Support of Motion to Remand and the exhibits attached thereto, also filed on July 19, 2007 and corrected on July 30, 2007; the pleadings and other papers on file in this action, as attached to Defendants' Notice of Removal; such matters of which this Court can take judicial notice; and such further argument and evidence which may be presented at or before the hearing.

Dated:  August 3, 2007              FOTOUHI • EPPS • HILLGER • GILROY LLP


By: _____
    Daniel P. Iannitelli
    Attorneys for Plaintiff
    Michael Cava