UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


MICHAEL CAVA

            Plaintiff(s),

        v.

NETVERSANT - NATIONAL, INC.;
PETER WAINWRIGHT, et al.
            Defendant(s).

Case No. 4:07-CV-03224-SBA

ADR CERTIFICATION BY PARTIES
AND COUNSEL


Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated: 9/7/07

Dated: 9/7/07

[Party] William L. Fiedler
Secretary

[Counsel] MICHAEL W. WARREN