UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CAVA

            Plaintiff(s),

    v.

NETVERSANT - NATIONAL, INC.;
PETER WAINWRIGHT; and DOES 1-40.

            Defendant(s).

CASE NO. 4:07-CV-03224-SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    ☐ have not yet reached an agreement to an ADR process
    ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 17, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Shahab E. Fotouhi | Plaintiff | (415) 362-9300 | sfotouhi@fe-law.com |
| Daniel P. Iannitelli | Plaintiff | (415) 362-9300 | diannitelli@fe-law.com |
| Michelle B. Heverly | Defendants | (408) 998-4150 | mheverly@littler.com |
| Michael W. Warren | Defendants | (408) 998-4150 | mwarren@littler.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9-10-07

Dated: 9/7/07

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Rev 12.05