**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

MICHAEL CAVA,                                                                 No. C 07-3224 SBA

        Plaintiff,                                                             **ORDER**

  v.

NETVERSANT - NATIONAL, INC., *et al.*,

        Defendants.

---

      The plaintiff's Motion to Remand [Docket No. 9], currently scheduled to be heard on October 2, 2007, is rescheduled for December 11, 2007, at 1 P.M. The Court may, in its discretion, adjudicate the motion without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.

      IT IS SO ORDERED.

September 27, 2007                                            _____
                                                                            Saundra Brown Armstrong
                                                                            United States District Judge