UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAVA           Plaintiff, | ) | No. C 07-03224 SBA |
| vs. | ) | CLERK'S NOTICE |
| NETVERSANT - NATIONAL INC ET AL,         Defendant. | ) | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for October 17, 2007, has been continued to Tuesday, December 11, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED:    10/11/07

FOR THE COURT,
Richard W. Wieking, Clerk

By: Lisa R. Clark
LISA R. CLARK
Courtroom Deputy

To: