ENDORSED
FILED
San Francisco County Superior Court

DEC 1 3 2007

GORDON PARK-LI, Clerk
BY: ___JEANETTE SANTOS___
Deputy Clerk

UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

December 10, 2007

FILED
DEC 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Superior Court of CA
County of San Francisco
Civil Division
400 McAllister Street
San Francisco, CA 94102

RE: CV 07-03224 SBA   Cava-v-Netversant - National Inc
    Your Case Number: (CGC-06-453469)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

(X)   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Jessie Mosley
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg